FILED by **IG** D.C.
ELECTRONIC

**June 13, 2008**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

## 08-21696-CIV-ALTONAGA/BROWN

AMERICAN ASSOCIATION FOR THE )
    ADVANCEMENT OF SCIENCE, )
AMERICAN CHEMICAL SOCIETY, )
AMERICAN INSTITUTE OF PHYSICS, )
BLACKWELL PUBLISHING, LTD., )
ELSEVIER, INC., )
MASSACHUSETTS MEDICAL SOCIETY,)
OXFORD UNIVERSITY PRESS, )
ROYAL SOCIETY OF CHEMISTRY, )
SAGE PUBLICATIONS, INC., )
WILEY PERIODICALS, INC., and )
WILEY-LISS, INC., )
                )
    Plaintiffs, )
                )
    v. )    Case No. _____
                )
PERIODICALS PUBLICACOES )
    TECNICAS, )
SUBSCRIPTION SERVICES )
    INTERNATIONAL CORP., )
RUBENS A. VALERIO, )
ROSEMEIRI VALERIO, )
HOTLINE, INC., and )
CHRISTOPHER FELLRATH )
                )
    Defendants. )
_____)

## COMPLAINT

Plaintiffs sue Defendants and allege:

### INTRODUCTION

This is an action for fraud, misrepresentation, civil conspiracy, breach of contract, conversion, copyright infringement, unfair and deceptive business practices in violation of Florida's Deceptive and Unfair Trade Practices Act, and civil theft.

Dockets.Justia.com

## PARTIES

1.      Plaintiff American Association for the Advancement of Science ("AAAS") is an international non-profit organization having its principal place of business at 1200 New York Avenue NW, Washington, D.C. 20005.

2.      Plaintiff American Chemical Society ("ACS") is a federally chartered non-profit organization having its principal place of business at 1155 Sixteenth Street NW, Washington D.C. 20036.

3.      Plaintiff American Institute of Physics ("AIP") is a New York non-profit corporation having its principal place of business at One Physics Ellipse, College Park, Maryland 20740.

4.      Plaintiff Blackwell Publishing, Ltd. ("Blackwell") is a corporation existing under the laws of the United Kingdom having a principal place of business at 9600 Garsington Road, Oxford, England OX4 2DQ, United Kingdom. Blackwell is a subsidiary of New York corporation John Wiley & Sons, Inc. ("JWS"), which is the parent also of plaintiffs Wiley Periodicals, Inc. and Wiley-Liss, Inc.

5.      Plaintiff Elsevier, Inc. ("Elsevier") is a New York corporation having a place of business at 30 Corporate Drive, Suite 400, Burlington, Massachusetts 01803.

6.      Plaintiff Massachusetts Medical Society ("MMS") is the oldest continuously operating medical society in the United States with its headquarters at 860 Winter Street, Waltham Woods Corporate Center, Waltham, Massachusetts 02451-1411.

7.      Plaintiff Oxford University Press ("OUP") is a department of the University of Oxford, a public university located in England, with its principal place of business at Great Clarendon Street, Oxford, OX2 6DP.

2

8.     Plaintiff Royal Society of Chemistry ("RSC"), a scholarly society, is the largest organization in Europe for advancing the chemical sciences, with headquarters at Burlington House, Piccadilly, London W1J 0BA.

9.     Plaintiff SAGE Publications, Inc. ("SAGE") is a California corporation having its principal place of business at 2455 Teller Road, Thousand Oaks, California 91320.

10.     Plaintiff Wiley Periodicals, Inc. ("Wiley Periodicals"), a subsidiary of JWS, is a Delaware corporation having its principal place of business at 111 River Street, Hoboken, New Jersey 07030.

11.     Plaintiff Wiley-Liss, Inc. ("Wiley-Liss"), a subsidiary of JWS, is a Delaware corporation having its principal place of business at 111 River Street, Hoboken, New Jersey 07030.

12.     Plaintiffs Blackwell, Wiley Periodicals, and Wiley-Liss are collectively referred to hereafter as "Wiley-Blackwell."

13.     Defendant Periodicals Publicacoes Tecnicas ("PPT") is upon information and belief, a Brazilian corporation having its principal place of business at Rua Peixoto Gomide, 996, Conj. 501, Sao Paulo, Brazil.

14.     PPT operates a partially lawful business as a so-called "subscription agency" that handles journal subscriptions for institutions. However, upon information and belief, PPT also operates an unlawful business based on unlawfully obtained property belonging to Plaintiffs.

15.     Defendant Subscription Service International Corp. ("SSIC") is a Florida corporation, which lists 8360 West Flagler Street, Suite 200, Miami, Florida 33144 as its

3

principal business address in Florida Department of State filings. However, there is no business operating at that address. Defendant Rubens Valerio is an officer and registered agent for SSIC at the same address.

16. Defendant Rubens Valerio ("Valerio") is, upon information and belief, a citizen of Brazil with a Brazilian address of Rod. Geraldo Scavoni, 1000 Lt. 72, Jacarei – SP, 12311-220 Brazil. Valerio regularly conducts business in Florida, and owns real property located in Florida, including property located at 100 Lincoln Road, Unit 1405, Miami Beach, Florida 33139. This is one of the addresses used in perpetrating the fraud described in this Complaint. However, upon information and belief, it is a vacant condominium unit. Valerio is an officer of defendant SSIC, and a principal or key employee of PPT. Valerio and defendant Rosemeiri Valerio also own another unit, #1608, at 100 Lincoln Road, Miami Beach, which unit, upon information and belief, is also vacant.

17. Defendant Rosemeiri Valerio ("Rosemeiri") is, upon information and belief, a citizen of Brazil and the wife of defendant Valerio. Like Valerio, she has a Brazilian address at Rod. Geraldo Scavoni, 1000 Lt. 72, Jacarei – SP, 12311-220 Brazil, but regularly conducts business in Florida, utilizing an address at 100 Lincoln Road, Unit 1405, Miami Beach, Florida 33139.

18. Defendants PPT, Valerio, and Rosemeiri, and other as yet unidentified defendants, have been doing business under the name Golden Arrow Books ("Golden Arrow"). Golden Arrow purports to have a business address at 1348 Washington Avenue, Suite 154, Miami Beach, Florida 33139. However, no business appears to be

4

operating at that address. Upon information and belief, it is merely a mail drop used by defendants in perpetrating the fraudulent scheme at issue.

19. Defendant Hotline, Inc. a/k/a Hotlyne Communications ("Hotline") is, upon information and belief, a corporation organized and existing under the laws of New York. According to the records of the New York Secretary of State, its business address is 2129 Flatbush Ave., Brooklyn, NY 11234. However, an insurance agency with a different name is the only company currently doing business at that address, and plaintiffs have no information as to the whereabouts of Hotline other than to the extent it may be reached via defendant Fellrath. Upon information and belief, at one time Hotline provided communications services and also served as a mail drop. Upon information and belief, Hotline continues to pick up mail at its former business address as part of the fraudulent scheme.

20. Defendant Christopher Fellrath ("Fellrath") is, upon information and belief, a resident of New York with a home address at 1169 East 100th Street, Brooklyn, NY 11236, and President of defendant Hotline.

21. As described more fully below, Defendants' illegal and tortious actions constitute a civil conspiracy. At all times material hereto, each and every Defendant was acting, at least in part, in furtherance of the conspiracy and/or as agent(s), employee(s) or co-conspirator(s) of the other defendants.

## JURISDICTION AND VENUE

22. This is an action for monetary damages and equitable relief in excess of seventy five thousand dollars ($75,000.00), excluding interest, costs, and attorney's fees.

23. This Court has subject matter jurisdiction over the copyright infringement claims in this action pursuant to 28 U.S.C. §1338(a), and over the other claims in this

5

action under general principles of supplemental jurisdiction, because the additional claims are related to the copyright claim, and arise from the same nucleus of operative facts such that they form part of the same case or controversy.

24.     This Court has personal jurisdiction over Defendants because a substantial part of the events and/or omissions giving rise to Plaintiffs' claim occurred in Miami-Dade County, Florida. Additionally, Defendants reside or can be found in this District and/or have continuously and substantially conducted business in this District.

25.     Venue is proper within this District pursuant to 28 U.S.C. §1391 because a substantial part of the events and/or omissions giving rise to Plaintiffs' claim occurred in this District and Division, and pursuant to 28 U.S.C. §1400(a) because Defendants or their agents may be found in this District.

## FACTS
### Plaintiffs' Publishing Operations and Policies

26.     Plaintiff AAAS publishes, among other things, the journal *Science*, which has the largest paid circulation of any peer-reviewed general science journal in the world.

27.     Plaintiff ACS publishes more than thirty journals, covering many aspects of the field of chemistry.

28.     Plaintiff AIP publishes more than ten journals, covering many aspects of the field of physics. Plaintiff AIP also administers subscriptions for several other societies that publish journals in physics and related fields pursuant to agreements with those entities.

29.     Plaintiff Blackwell, together with its affiliated companies in Europe, publishes approximately eight hundred scholarly journals throughout the world, many of them in medicine and other sciences.

6

30. Plaintiff Elsevier, together with its affiliated companies in Europe, publishes thousands of scholarly journals in the English language alone, all of them in the sciences and social sciences.

31. Plaintiff MMS publishes *The New England Journal of Medicine*, one of the world's leading medical journals.

32. Plaintiff OUP publishes hundreds of scholarly journals in many fields.

33. Plaintiff RSC publishes more than thirty journals, primarily in the field of chemistry.

34. Plaintiff SAGE publishes over four hundred and sixty scholarly journals worldwide in business, humanities, social sciences, science, technology, and medicine.

35. Plaintiff Wiley-Blackwell collectively publishes hundreds of scholarly journals in a number of fields, including but not limited to chemistry, physics, business, and certain social sciences.

36. The various journals published by Plaintiffs are sometimes collectively referred to as the "Plaintiffs' Journals."

37. Plaintiffs' Journals consist primarily of peer-reviewed articles, edited by noted scholars in various, specific fields.

38. Plaintiffs invest heavily in their journal publishing programs. Each year they incur substantial costs to support the editorial offices of their Journals, for copy-editing and proofreading, and for typesetting, layout, printing, binding, distribution, and promotion.

39. Plaintiffs sell their journals through various means, including subscriptions whose rates vary depending on the type of subscriber. Plaintiffs principally

price their journals for sale to institutions, and rely upon the income from institutional sales to make their journals economically feasible.

40.     The standard institutional subscription price reflects the reality that copies owned by libraries or other institutions will be read by numerous people over the course of time.

41.     Plaintiffs also offer subscriptions to individuals at prices deeply discounted from the standard price, often as an accommodation to members of the scholarly societies that sponsor the journals.

42.     Each Plaintiff sells subscriptions directly to individuals and institutions, and also sells subscriptions to subscription agencies. Subscription agencies, such as Defendant PPT, act as intermediaries between the customers—libraries and other institutions—and the publishers of periodicals such as Plaintiffs' Journals. They can perform a valued role by removing the burden of extensive paperwork from the customers, while at the same time making payment and billing easier for publishers. For the relationship to work, however, the publishers and subscribers must be able to expect subscription agencies to act as honest intermediaries and not to abuse their position.

43.     Plaintiffs have separate pricing models: one for individuals and another for institutions. This tiered pricing is, and has long been, the custom and practice in the field of scholarly publishing.

44.     An "individual" subscription, as the name indicates, is for the use of a given individual, and a "member" subscription is for the use of a given member of the scholarly society that sponsors a particular journal.

8

45.     An "institutional" subscription, on the other hand, is for the use of a library or other institution, and its patrons, employees, etc.

46.     These distinctions between the different types of subscriptions are well defined and understood in the marketplace. It is especially well known to persons such as PPT that work in that marketplace.

47.     Plaintiffs rely on the persons who place subscription orders to identify truthfully the type of subscription they are entitled to purchase, based on their status as individuals or institutions.

48.     Some publishers, including the majority of the Plaintiffs, make this explicit by expressly forbidding any resale or institutional use of individual subscriptions. For example:

a.     One cannot order ACS journals at the lowest rate without becoming a member of the ACS, and everyone who applies for membership is required to acknowledge that all member rate subscriptions are for the member's "own personal use." ACS journal mastheads state that member subscriptions cannot be donated or shared with libraries until 5 years post publication date. *See* sample masthead attached as Exhibit "A".

b.     One cannot order AIP journals at the lowest rate without becoming a member of an AIP-affiliated society. AIP member brochures state: "ALL SUBSCRIPTIONS AT MEMBER RATES ARE FOR PERSONAL USE ONLY," and annual renewal notices to members reiterate this message. *See* sample price list and renewal reminder attached as, respectively, Exhibits "B" and "C". Starting in 2005, renewal notices added that

9

"[t]hese subscriptions are not intended for release to libraries, reading rooms, or for any other institutional purpose. By returning your invoice along with payment you are acknowledging this principle and your agreement to comply." *See* sample form of renewal reminder attached as Exhibit "D".

c.    Blackwell states in its pricing information that personal subscription rates are applicable only to orders for "bona fide personal use only." *See* sample price list attached as Exhibit "E".

d.    Elsevier's Terms and Conditions and its invoices and purchase order forms state: "Customer/Client represents and warrants that it is purchasing Products or Services from ELSEVIER for its own account and use (or if the Client is an agent, for the account and use of no more than one principal) and not on behalf of any other person or entity," except as may be expressly set forth otherwise in the Terms and Conditions. *See* sample pro forma invoice attached as Exhibit "F".

e.    OUP's subscription information states that "Personal rates are applicable only when a subscription is for individual use and are not available if delivery is made to a corporate address." *See* subscription ordering information as posted on OUP's website, a printout of which is attached as Exhibit "G".

f.    The invoice form used by Wiley Periodicals and Wiley-Liss for print journal subscriptions states that personal rate subscriptions may not be

10

resold or used as library copies. *See* sample pro forma invoice attached as Exhibit "H".

49.     Plaintiffs either own copyright in the journal issues that they publish or have exclusive publication licenses from other parties, such as scholarly societies, that own copyright in such issues.

50.     The revenue from publication and reproduction of Plaintiffs' Journals, and specifically the revenue from institutional journal subscriptions, is a significant portion of Plaintiffs' annual revenues and therefore critical to their financial health.

51.     Plaintiffs suffer serious financial injury when they are not paid correctly for subscriptions.

## DEFENDANTS' SCHEME

52.     Defendants, led by Rubens Valerio and PPT, have been engaged in a fraudulent scheme that strikes at the heart of Plaintiffs' businesses.

53.     Using various identities, many of them false, and various addresses, many also false, they have ordered and acquired subscriptions to Plaintiffs' Journals at individual rates. These subscription orders are placed with plaintiffs through normal channels, consisting primarily of mail orders through the U.S. Postal Service and internet orders. Orders for these subscriptions are generally placed in the autumn prior to the subscription year in question.

54.     Upon information and belief, Defendants then resell the subscriptions obtained in this manner to institutions in Brazil at prices below plaintiffs' own institutional rates but far in excess of what defendants have paid for them.

55.    Upon information and belief, the resale part of this operation has been carried out by defendant PPT.

56.    Upon information and belief, Rubens Valerio directed the remaining defendants (and possibly other individuals) to order such subscriptions at individual rates. These other defendants are in some manner affiliated with him. Defendants then use PPT, with its network created to operate a legitimate business as a subscription agency, as a vehicle for reselling the subscriptions fraudulently obtained by the remaining defendants.

57.    For example, defendants have procured subscriptions to a large number of Plaintiffs' Journals using the fictitious name of "Marcia Faria," at three different addresses in Florida and Brazil, as follows:

| Address | Journal (Year) | Publisher |
|---|---|---|
| 1348 Washington Ave Apt 154, Miami Beach, FL 33139 | *New England Journal of Medicine* (2003-2006) | MMS |
| Caixa Postal 1323, Jacarei SP 12306-990, Brazil | *Diagnostic Mircobiology and Infectious Disease* (2002-2003) | Elsevier |
| | *Annals of Tourism Research* (2003-2004) | Elsevier |
| Caixa Postal 1400, Jacarei SP 12306-990, Brazil | *BJU International* (2003-2004) | Blackwell |
| | *Journal of Internal Medicine* (2003-2004) | Blackwell |
| | *Museum International* (2003) | Blackwell |

12

| | | |
|---|---|---|
| | *Periodontology 2000* (2003) | Blackwell |
| | *Brain and Cognition* (2003-2004) | Elsevier |
| | *American Journal of Sports Medicine* (2004-2006) | SAGE |
| | *Western Journal of Nursing Research* (2005) | SAGE |
| | *Journal of Teacher Education* (2005-2006) | SAGE |
| | *Education Administration Abstracts* (2005-2006) Print | SAGE |
| | *Educational Management Administration & Leadership* (2006) | SAGE |

58.     One of the addresses purportedly belonging to "Marcia Faria" is also the purported business address of Golden Arrow, 1348 Washington Avenue, Suite 154, Miami Beach, Florida.

59.     This same address has been used to order individual subscriptions in over *one hundred* individual's names, most of them believed to be fictitious, including but not limited to Marilha Agne, Natalia Diniz, Pedro Farias, Rubens Fundo, Antonio Herdies, Luis Leite, Richard Mader,Jose Prado, Curtis Smith, Solange Souza, Rubens Vasconcelos and Rinaldo Victorio.     The name "Curtis Smith" has been used in this manner to subscribe to a number of AIP journals, including but not limited to *Physics Today* (2006, both print and online).

13 of 61

60. Upon information and belief, the above subscriptions, and numerous others, are deliberately procured through the fraudulent use of false name(s) and/or information.

61. Defendants then offer the fraudulently purchased product for resale at or near the institutional price to institutions in Brazil.

62. For each subscription one or more of the defendants placed an order with the plaintiff publisher giving the false name and address, representing implicitly or explicitly that such subscription was for the personal use of the individual with the specified name.

63. In reliance on such false representations, the publisher entered a subscription in its books for that individual, and invoiced the subscription at the individual rate. In due course, Plaintiffs shipped copies of the issues of the journal concerned to the individual at the specified address.

64. Defendants Rubens Valerio and/or SSIC, aided by the other defendants, then collected the journal and printed matter copies as they were delivered and transshipped such copies overseas, having pre-sold subscriptions for such copies to Brazilian or other institutions at much higher prices.

65. Upon information and belief, defendant PPT is the principal vehicle for carrying out the illicit activity or activities described above. As a subscription agency, PPT is ideally positioned to resell journals obtained through fraud, without raising suspicion among customers.

66. Defendants' conduct fraudulently deprived the publisher of the income to which it was entitled for sale of a subscription to the institution that actually received it,

and in most or all cases also directly violated the terms of the publisher's individual subscription contract.

67.    Defendant Rubens Valerio has also ordered individual subscriptions in his own name, using several different addresses.  He has subscribed to over twenty-five different Plaintiffs' journals, spanning a wide range of disciplines.  For the year 2005 alone, Valerio's fraudulent subscriptions included:

| Address | Journal | Publisher |
|---|---|---|
| 100 Lincoln Road, Apt. 1405, Miami Beach, FL 33139 | *American Journal of Sports Medicine* | SAGE |
| | *Optometry* | Elsevier |
| 1835 NE Miami Gardens Drive, #366, N. Miami Beach, FL 33179 | *Journal of Natural Products* | ACS |
| | *Chemical and Engineering News* | ACS |
| | *Environmental Science and Technology* | ACS |
| | *Journal of the ACS* | ACS |
| | *Journal of Physical Chemistry ABC* | ACS |
| | *Journal of Chemical Information & Modeling* | ACS |
| Av Elmira Martins Moreira #455, JD Altos De Santanna, Jacarei-SP, Brazil | *Educational and Psychological Measurement* | SAGE |
| | *Cultural Studies – Critical Methodologies* | SAGE |
| | *Publius: Journal of Federalism* | OUP |
| Av Nicalau Mercadante 48, Jacarei, Brazil 12327-680 | *Science* (print and online membership) | AAAS |
| | *ELT Journal* | OUP |
| | *Applied Linguistics* | OUP |
| | *Journal of Teacher Education* | SAGE |

15

In ordering these subscriptions, Valerio falsely represented to the plaintiffs, implicitly or explicitly, that they were for his personal use, when in fact they were for resale overseas to institutions.

68.    In the same manner, defendant Rosemeiri Valerio obtained subscriptions addressed to herself at her home address and also at several other addresses, for unauthorized institutional resale.  Rosemeiri's fraudulent subscription orders include:

| Address | Journal (Year) | Publisher |
|---------|----------------|-----------|
| 100 Lincoln Road, Apt. 1405, Miami Beach, FL 33139 | *American Journal of Cardiology* (2003-2007) | Elsevier |
| 1835 NE Miami Gardens Drive, #366, N. Miami Beach, FL 33179 | *American Journal of Epidemiology* (2003-2006) | OUP |
| | *New England Journal of Medicine* (2005-2006) | MMS |
| 2129 Flatbush Ave, PMB 4000, Brooklyn, NY 11234 | *New England Journal of Medicine* (2003) | MMS |
| | *Business Horizons* (2003) | Elsevier |
| | *Entrepreneurship Theory and Practice*  (2003) | Blackwell |
| Av Nicalai Mercadante 48, Jacarei, Brazil 12327-680 | *Clinical Occ. Env. Med.*(2003-2004) | Elsevier |
| | *Journal of Heredity* (2003-2006) | OUP |
| | *Biometrika*  (2005) | OUP |
| | *International Journal of Epidemiology*  (2003) | OUP |
| | *Journal of Environmental Law* (2003) | OUP |

16

| | | |
|---|---|---|
| | *Dialog: A Journal of Theology* (2003-2004) | Blackwell |
| | *The Journal of Finance* (2003) | Blackwell |
| Caixa Postal 1323, Jacarei SP 12306-990, Brazil | *British Journal of Oral and Maxillofacial Surgery* (2003-2004) | Elsevier |
| | *International Journal of Oral and Maxillofacial Surgery* (2003) | Elsevier |
| | *Histopathology* (2003) | Blackwell |
| | *Journal of Nutritional Biochemistry* (2003) | Elsevier |
| | *Theriogenology* (2003) | Elsevier |
| | *Sociology* (2003) | SAGE |
| Caixa Postal 1400, Jacarei SP 12306-990, Brazil | *Educational and Psychological Measurement* (2003) | SAGE |

69.    Defendants Rubens and Rosemeiri Valerio have ordered over forty subscriptions, including those listed above, using their names and the name Carolina Valerio (presumably a relative or a fictitious name) to 1835 NE Miami Gardens Drive, N. Miami Beach, Florida.  Upon information and belief, this address is merely a mail drop used by defendants in perpetrating the fraud at issue.

70.    Defendants have principally conducted their actions in furtherance of the fraudulent and illegal schemes described in this Complaint in the State of Florida, and in particular Miami-Dade County.

71.    Defendants have also ordered over one hundred subscriptions in various names for delivery to Hotline's former business address, 2129 Flatbush Avenue, Suite 4000, Brooklyn, NY.  Plaintiffs are informed and believe that defendant Fellrath picks up these journals and delivers them as directed by Valerio for resale to PPT customers.

72.    The above examples are merely illustrative.   To date, Plaintiffs have discovered over 2,000 subscriptions to Plaintiffs' Journals which Defendants have fraudulently ordered using over 150 different names and over 25 different addresses.

73.    Relying on defendants' fraudulent representations as described above, plaintiffs have duly shipped copies of the various issues of the journals concerned to names and addresses provided by defendants or provided online access to such journals.

74.    Plaintiffs have suffered significant harm from all of defendants' conduct described above, equal to the difference between the rate that Defendants pay for these illegitimate subscriptions, and the price at which such subscriptions should have been sold to defendants' true customers. The amount of revenue thus diverted remains to be determined, but is believed to be in excess of $1,200,000.

## Count I
## Fraud

75.    Plaintiffs reallege and incorporate herein by reference paragraphs 1-74 above.

76.    Defendants falsely, and with intent to defraud the Plaintiffs, purchased individual subscriptions from Plaintiffs using a multitude of false, fictitious or altered names and addresses, which they implicitly represented to Plaintiffs were those of actual individual readers of Plaintiffs' Journals.

77.    In many instances, as noted above, these names and addresses were fictitious, but even those subscriptions using real names and addresses were not intended for personal use as represented, but rather were acquired with the intention of illegally reselling the subscription materials to institutions.

78.    Defendants' representations were false in fact and known to be false by Defendants at the time they were made, inasmuch as Defendants were obtaining copies of Plaintiffs' Journals at low prices solely in order to resell them at higher, institutional prices.

79.    Defendants' use of false names and addresses was intended to expand the scope of this fraud and to help avoid detection.

80.    Plaintiffs relied upon the representations of Defendants and were thereby induced to provide journals, unwittingly, to Defendants, which journals were resold by Defendants at a profit.

81.    By reason of such fraudulent scheme Plaintiffs have suffered economic loss as alleged, based on the price differentials described above, and Defendants have been unjustly enriched.

## Count II

## Misrepresentation

82.     Plaintiffs reallege and incorporate herein by reference paragraphs 1-74 above.

83.     Defendants made material representations that the individual subscriber names or addresses provided to the Plaintiffs were valid.

84.     Those representations were false and known to be false by the Defendants at the time they were made.

85.     Defendants were using such false names or addresses to wrongfully and illegally induce plaintiffs to provide defendants with copies of Plaintiffs' Journals at individual subscription rates, which they could then resell at higher, institutional rates, and/or reproduce for sale to third parties.

86.     Plaintiffs relied upon the representations of Defendants and were thereby induced to provide journals, unwittingly, to Defendants, at substantially below their proper cost.

87.     By reason of such misrepresentations Plaintiffs have suffered economic loss, based on the price differentials described above, and Defendants have gained the difference between the prices they paid and the prices at which they sold the fraudulently obtained subscriptions to their customers.

## Count III

## Civil Conspiracy

88.     Plaintiffs reallege and incorporate herein by reference paragraphs 1-74 above.

20

89. Each of the Defendants specifically intended and agreed to all or parts of the fraudulent course of conduct described in this Complaint.

90. Defendants each had knowledge of the course of action and each performed various unlawful and overt acts to carry out the objective of the conspiracy, i.e. to fraudulently obtain subscriptions and copies of Plaintiffs' Journals and resell them.

91. Upon information and belief, Defendants obtained post office boxes to order fraudulent subscriptions from Plaintiffs.

92. The creation of fraudulent addresses to order copies of Plaintiffs' Journals and reselling them was intended to harm Plaintiffs by usurping profits from Journal subscriptions.

93. Plaintiffs have suffered substantial harm from such conspiracy.

### Count IV
### Breach of Contract

94. Plaintiffs reallege and incorporate herein by reference paragraphs 1-74 above.

95. Defendants, by purchasing individual subscriptions and reselling them to institutions, are in breach of their subscriber agreements, express and implied, with Plaintiffs.

96. As a result of such breaches, Plaintiffs have suffered economic losses as alleged above.

### Count V
### Conversion

97. Plaintiffs reallege and incorporate herein by reference paragraphs 1-74 above.

21

98.     By obtaining possession of Plaintiffs' Journals fraudulently and unlawfully, Defendants have converted Plaintiffs' property.

99.     As a result of such conversation, Plaintiffs have suffered damages as alleged above and Defendants have been unjustly enriched.

100.    The fraudulent conduct of Defendants was done knowingly and with malicious intent.  As a result, Plaintiffs are entitled to an award of punitive damages in an amount to be determined at trial.

## Count VI

## Copyright Infringement

101.    Plaintiffs reallege and incorporate herein by reference paragraphs 1-100 above.

102.    Defendants' distribution of copies obtained by conversion constitutes unauthorized distribution, and thus infringement of Plaintiffs' copyrights in the journal issues concerned.  Without limitation, defendants have by their conduct described above infringed the following registered copyrights belonging to Plaintiffs:

> *Science*, Vol. 311 Nos. 5757-5769, TX 0006323141 (AAAS)
> *Journal of the American Chemical Society,* Vol. 127 No. 1, TX0006152037 (ACS)
> *Physics Today*, Vol. 59 Nos. 1-3, TX0006314783 (AIP)
> *American Heart Journal,* Vol. 153 No. 2, TX0006544654 (Elsevier)
> *The New England Journal of Medicine, Vol.* 354 Nos. 1-13, TX0006322855 (MMS)
> *American Review of Public Administration,* Vol. 36 No. 1, TX0006369616 (SAGE)
> *Head & Neck: Journal for The Sciences & Specialties of The Head and Neck,* Vol. 27 Nos. 8-10, TX0006252130 (Wiley Periodicals)

22

103.   Plaintiffs Blackwell Publishing, Ltd. and Oxford University Press, being non-U.S. copyright claimants, have not and are not required to have registered their copyrights in order to pursue this action for infringement.

### Count VII
### Unjust Enrichment

104.   Plaintiffs reallege and incorporate herein by reference paragraphs 1-74 above.

105.   By unwittingly transferring to Defendants copies of journals at a price far below that which Defendants charged its legitimate customers, Plaintiffs have conferred benefits on the Defendants at the express request and with the full knowledge of defendants.

106.   Defendants voluntarily accepted and retained the benefits thus conferred, and it would be inequitable for Defendants to retain the benefit without paying the true value thereof to Plaintiffs.

### Count VIII
### Violation of Florida's Deceptive and Unfair Trade Practices Act
### F.S.A. § 501.201, et seq.

107.   Plaintiffs reallege and incorporate herein by reference paragraphs 1-74 above.

108.   Defendants' false, misleading, and deceptive actions in misrepresenting to each Plaintiff the status of subscriptions and in selling to consumers fraudulently obtained copies of Plaintiffs' Journals violate Florida's Deceptive and Unfair Trade Practices Act, Fla. Stat. § 501.201, et seq.

109.   As a result of such activities, Plaintiffs have suffered damages for which Defendants are liable.

110. Plaintiffs demand payment of their reasonable costs and attorneys' fees incurred in this action, pursuant to § 501.2105, Florida Statutes.

**Count IX**

**Constructive Trust**

111. Plaintiffs reallege and incorporate herein by reference paragraphs 1-74 and 105-106 above.

112. Defendants operated a partially legitimate business as a "subscription agency" selling Plaintiffs journals. Defendants were fully aware that the subscriptions to Plaintiffs' journals – as is common in the industry – were priced differently depending upon whether they were for institutional or personal individual use.

113. In agreeing to place orders for and/or purchase subscriptions from Plaintiffs, the Defendants implicitly and/or explicitly represented and promised that they would not use each particular subscription in an manner inconsistent with the category purchase, e.g. an individual subscription would only be used by an individual and not an institution.

114. In reliance on Defendants' promises, Plaintiffs transferred property to Defendants, i.e. the journals.

115. As part of their fraudulent scheme, Defendants thereafter re-sold the individual subscriptions to institutional purchasers at a higher price.

116. Consequently, as a direct result of Defendants wrongful and fraudulent actions, they were unjustly enriched.

117. Defendants have been unjustly enriched as a result of their fraudulent actions, by over $1,260,000.

118. As part of they fraudulent scheme and civil conspiracy, Defendants obtained possession of over $1,260,000 of funds which rightfully belong to the Plaintiffs. This money constitutes the res of a constructive trust held in benefit for the Plaintiffs.

119. Therefore, a constructive trust should be imposed on the over $1,260,000 of the Plaintiffs money held by the Defendants.

120. Also as a result of the Defendants' fraudulent actions, the Defendants obtained ownership of real property utilizing the fraudulently obtained funds of the Plaintiffs.

121. The real property is legally described as:

> Condominium Unit No. 1405, THE DECOPLAGE, A CONDOMINIUM, according to the Declaration of Condominium thereof, recorded in Official Records 15739, at Page 1067, as amended in Official Records Book 15739, at Page 3969 of the Public Records of Miami-Dade County, Florida, together with an undivided share in the common elements appurtenant thereto.

(the "Real Property").

122. Consequently, the Plaintiffs are entitled to take ownership of the Real Property, and a constructive trust should be imposed on the Real Property.

## Count X
## Civil Theft

123. Plaintiffs reallege and incorporate herein by reference paragraphs 1-74 above.

124. Defendants knowingly obtained and have used monies rightfully belonging to Plaintiffs with the felonious intent to, either temporarily or permanently, deprive Plaintiffs of the right to the money and to appropriate the money to Defendants' own use in violation of §772.11, Florida Statutes.

125. As a result, Plaintiffs have been injured because of the violation of §772.11, Florida Statutes, and have lost the above sum plus interest from the date of the theft.

126. In an attempt to avoid the need for criminal prosecution and to recoup this loss, Plaintiffs gave Defendants an opportunity to make restitution.

127. Defendants have failed or refused to make restitution.

25

128. Plaintiff has retained the undersigned attorneys and is obligated to pay a reasonable fee for their services. Pursuant to §772.11, Florida Statutes, Plaintiff is entitled to an award of attorney's fees.

129. Before filing this suit, Plaintiffs on June 19, 2007, served on Defendants a written demand for payment of $1,260,000, the approximate dollar amount of the theft. A copy of this written demand is attached to this complaint as Exhibit "I" and is incorporated by reference.

130. Defendants have failed and refused to pay the amount demanded or any other amount.

WHEREFORE Plaintiffs respectfully request that this Court:

A. Issue an order preliminarily enjoining Defendants, their officers, agents, servants, employees, and attorneys, and all those in active concert with them or participation with them, from placing further fraudulent subscription orders for Plaintiffs' Journals during the pendency of this litigation;

B. Issue an order permanently enjoining Defendants, their officers, agents, servants, employees, and attorneys, and all those in active concert with them or participation with them, from placing further fraudulent subscription orders for Plaintiffs' Journals;

C. Impose a constructive trust over the res acquired by Defendants utilizing the illicit proceeds of their fraudulent scheme;

D. Award Plaintiffs the damages they have suffered as a result of Defendants' conduct described herein;

E. Award Plaintiffs restitution and disgorgement of Defendants' profits unlawfully obtained;

F. Award Plaintiffs treble damages pursuant to §772.11, Fla. Stat. (2008);

G. Award Plaintiffs an accounting of Defendants' profits from the fraud described of herein;

H. Award Plaintiffs punitive damages;

I. Award Plaintiffs statutory damages at their election pursuant to 17 U.S.C. §504(c);

J. Award Plaintiffs their reasonable attorneys' fees, costs of suit and interest; and

K. Award Plaintiffs such other and further relief as the Court deems just and proper.

Dated: June 13th, 2008.

Respectfully submitted,

_____
Michael Diaz, Jr. (Florida Bar No. 606774)
Attorney E-mail Address: mdiaz@diazreus.com
Carlos F. Gonzalez (Florida Bar No. 0494631)
Attorney E-mail Address: cgonzalez@diazreus.com
Gary E. Davidson (Florida Bar No. 0069094)
Attorney E-mail Address: gdavidson@diazreus.com
Brant C. Hadaway (Florida Bar No. 0494690)
Attorney E-mail Address: bhadaway@diazreus.com
DIAZ REUS & TARG, LLP
100 Southeast 2nd Street, Suite 2600
Miami, Florida 33131
Telephone: (305) 375-9220
Facsimile: (305) 375-8050

*Counsel for Plaintiffs*

Of Counsel:
William S. Strong, BBO #483520
Amy C. Mainelli Burke, BBO# 657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, Massachusetts 02114
Telephone: (617) 227-7031
Facsimile: (617) 367-2988

27

# EXHIBIT "A"

# Biochemistry

*Biochemistry* (ISSN 0006-2960) is published weekly except for the first week in January by the American Chemical Society at 1155 16th St., N.W., Washington, DC 20036. Periodicals postage paid at Washington, DC, and additional mailing offices. POSTMASTER: Send address changes to *Biochemistry*, Member & Subscriber Services, P.O. Box 3337, Columbus, OH 43210.

**American Chemical Society**
1155 16th St., N.W.
Washington, DC 20036
(202) 872-4600
TDD (202) 872-6076
Fax (202) 776-8264

**Journal Publications**
American Chemical Society
2540 Olentangy River Road
P.O. Box 3330, Columbus, OH 43210
(614) 447-3665
Fax (614) 447-3745
E-mail acsproof@acs.org

**Member & Subscriber Services**
P.O. Box 3337
Columbus, OH 43210
*Members contact:*
(614) 447-3776; (800) 333-9511
Fax (614) 447-3671
E-mail service@acs.org
*Agencies & institutions contact:*
(614) 447-3674; (888) 338-0012
Fax (614) 447-3671
E-mail liblink@acs.org

**Advertising Office**
Centcom, Ltd.
676 East Swedesford Road
Suite 202, Wayne, PA 19087-1612
(610) 964-8061

**Publications Division**
Robert D. Bovenschulte, *President*
Brian D. Crawford, *Senior Vice President*

**Journals Production & Manufacturing Operations**
Anne C. O'Melia, *Vice President;* Teresa K. Lewandowski, *Director;* Diane E. Needham, *Journals Editing Manager;* Sean M. Lammers and Deborah M. Miller, *Senior Associate Editors;* Linda K. Hart, *Associate Editor;* Nathan L. Reid and Deyra M. Rodriguez, *Assistant Editors;* Karen S. Geist and Rebecca M. Martin, *Production Assistants*

**Sales & Marketing/Publications**
Dean J. Smith, *Vice President*
Matthew J. Price, *Director, Product Marketing*
Jonathan J. Morgan, *Manager, Product Marketing*



Cover: Conformation of apoA-I on a 9.6 nm diameter recombinant HDL particle constructed from constraints obtained from the combination of chemical cross-linking and mass spectrometry. Two antiparallel molecules of human apoA-I, one colored purple and the other green, organize and solubilize 150 molecules of phospholipid (shown-1-palmitoyl-2-oleoyl-*sn*-glyceryl-3-phosphocholine). The ability of this highly amphipathic α-helical protein to organize and solubilize phospholipid enables the nascent HDL particle to bind and transport peripheral tissue cholesterol, modulating whole body cholesterol homeostasis. [Bhat, S., et al. (2007) *Biochemistry 46,* 7811—7821.]

Canadian GST Reg. No. 127571347
Printed in the USA

**Copyright Permission:** See copyright status form for certain rights (http://pubs.acs.org). Reprographic copying beyond that permitted by Section 107 or 108 of the U.S. Copyright Act is allowed, provided that the current per article fee is paid to the Copyright Clearance Center. Tel: (978) 750-8400. Republication or reproduction for sale of articles or abstracts in this journal is permitted only by written permission from the Copyright Office, ACS, Washington, DC. Tel: (202) 872-4368. Fax: (202) 776-8112. E-mail: copyright@acs.org.

## EDITORIAL INFORMATION

**Instructions for Authors and Copyright Status Form:** See the first printed issue of the year or visit the Publications Division Web site (http://pubs.acs.org). Please conform to these instructions when submitting manuscripts.

**Manuscript Submission:** Submit via the secure ACS Web site (http://pubs.acs.org/biochemistry).

**Accepted Papers and Proofs:** Direct correspondence to Journal Publications, Columbus, OH. Tel: (614) 447-3665. Fax: (614) 447-3745. E-mail: acsproof@acs.org.

**Journal Policies:** The American Chemical Society and its Editors assume no responsibility for the statements and opinions advanced by contributors. Registered names and trademarks, etc., used in this publication, even without specific indication thereof, are not to be considered unprotected by law.

**Document Number:** At the end of each document is a 9- or 14-character code that serves as a link between the printed and electronic products and facilitates retrieval of the document in electronic form.

**Digital Object Identifier (DOI):** The DOI identification system for digital media has been designed to provide persistent and reliable identification of digital objects. Information on the DOI and its governing body, the International DOI Foundation, can be found at http://www.doi.org. In the Web editions of ACS journals, the DOI appears at the top of the HTML version of an article and at the bottom of the first page in its PDF version; in the printed editions, the DOI appears in the same location as in the PDF version.

**CPC Sales Agreement #2976285:** Return undeliverable Canada addresses to: IMEX, PO Box 4332, Station Rd., Toronto, ON M5W 3J4.

### 2007 SUBSCRIPTION AND ORDERING INFORMATION

| | | North America | Outside North America* |
|---|---|---|---|
| Printed Edition | Members | $ 741 | $1372 |
| | Student Members | $ 556 | $1187 |
| | Institutional | $3886 | $4517 |
| Web Edition† | Members | $ 100 | $ 100 |

* Air service included. † For Institutional rates, call M&SS Agency & Institutional Customer Service.

**Web Edition:** This journal is available to subscribers via the Internet. Members may contact Customer Service. Tel: (614) 447-3776 or (800) 333-9511. E-mail: service@acs.org. Institutional subscribers may contact Agency & Institutional Customer Service. Tel: (614) 447-3674 or (888) 338-0012. Fax: (614) 447-3671. E-mail: liblink@acs.org. For additional details, visit the Publications Division Web site (http://pubs.acs.org).

**New and Renewal Subscriptions:** Send with payment to American Chemical Society, P.O. Box 182426, Columbus, OH 43218-2426.

**Subscription Donations:** Members may donate/share their personal subscriptions to/with libraries but only after 5 years from the date of publication.

**Change of Address:** Notify Member & Subscriber Services, ACS, Columbus, OH. Tel: (614) 447-3776 or (800) 333-9511. Fax: (614) 447-3671. E-mail: address@acs.org. Include both old and new addresses and a mailing label from a recent issue.

**Microfilm, Microfiche, Back Issue, and Printed Edition Single Issue Orders:** Send requests to Publications Support Services, ACS, Washington, DC. Tel: (202) 872-4376. Fax: (202) 872-6325. E-mail: pss@acs.org. Printed edition not available prior to 2003.

**Bulk Reprint Orders:** For quotes and information, contact Cadmus Reprints. Tel: (888) 257-2134 or (410) 819-3995. Fax: (410) 820-9765.

**Claims for Issues Not Received:** Claims will be honored only if submitted within 90 days of the issue date for subscribers in North America or within 180 days of the issue date for all other subscribers. Members may contact Customer Service. Tel: (614) 447-3776 or (800) 333-9511. E-mail: service@acs.org. Institutional subscribers may contact Agency & Institutional Customer Service. Tel: (614) 447-3674 or (888) 338-0012. Fax: (614) 447-3671. E-mail: liblink@acs.org.

**Supporting Information (SI):** SI from 1995 to present is available free of charge from the journal's home page (http://pubs.acs.org/biochemistry). For information on electronic access, send E-mail to journalhelp@acs.org. SI prior to 1995 is available, for a fee, from Publications Support Services. Tel: (202) 872-4376. Fax: (202) 872-6325. E-mail: pss@acs.org.

© Copyright 2007 American Chemical Society

# EXHIBIT "B"

# AMERICAN INSTITUTE OF PHYSICS

## AFFILIATE SOCIETIES

AAAS Section on Physics

ACS Division of Physical Chemistry

American Institute of Aeronautics and Astronautics

American Meteorological Society

American Nuclear Society

ASM International

Astronomical Society of the Pacific

Biomedical Engineering Society

Council on Undergraduate Research, Physics/Astronomy Division

The Geological Society of America

IEEE Nuclear & Plasma Sciences Society

Institute of Noise Control Engineering

International Association of Mathematical Physics

International Centre for Diffraction Data

Laser Institute of America

Materials Research Society

Microscopy Society of America

Polymer Processing Society

Society for Applied Spectroscopy

SPIE—The International Society for Optical Engineering

## OTHER MEMBER ORGANIZATIONS

AIP Corporate Associates

Sigma Pi Sigma, Physics Honor Society

Society of Physics Students

## AIRFREIGHT SERVICE

Airfreight service is optional for most subscribers in Europe, the Near East, the Middle East, Africa, South Asia, and Oceania. Please contact AIP at 800-344-6902 or 516-576-2270, fax at 516-349-9704, e-mail at subs@aip.org for shipping options to your country.

# AMERICAN INSTITUTE OF PHYSICS

AMERICAN INSTITUTE OF PHYSICS

The American Physical Society

Optical Society of America

Acoustical Society of America

The Society of Rheology

American Association of Physics Teachers

American Crystallographic Association

American Astronomical Society

## PUBLICATION RATES

for individual members of AIP Member Societies

American Association of Physicists in Medicine

AVS The Science & Technology Society

### January–December 2002

American Geophysical Union

# 2001 JOURNAL PRICE LIST: MEMBERS

The following 2001 rates are available to all members of AIP Member and Affiliated Societies. For some journals, lower rates are available to members of the sponsoring society. For information, please contact your society headquarters.

## AMERICAN INSTITUTE OF PHYSICS (AIP)

Subscription orders must be sent to: American Institute of Physics, P.O. Box 503284, St. Louis, MO 63150-3284. AIP subscriptions at Member rates are limited to 3 per person.

| Title | ISSN | No. of Issues | Dom. | Foreign (Surface) | Optional Air |
|---|---|---|---|---|---|
| [1] Applied Physics Letters | | | | | |
| (Print & online) | 0003-6951 | 52 | $210 | $280 | $380 |
| Online only | 1077-3118 | | $115 | $115 | $115 |
| [+] Chaos | | | | | |
| Print & online | 1054-1500 | 4 | $95 | $105 | $115 |
| Online only | 1089-7682 | | $50 | $50 | $50 |
| Computing in Science & Engineering | | | | | |
| Print & online | | 6 | $51 | $51 | $70 |
| Print only | | | $39 | $39 | $58 |
| Online only | | | $31 | $31 | $31 |
| Current Physics Index | 0098-9819 | 6 | $265 | $285 | $350 |
| [*] The Industrial Physicist | 1082-1848 | 4 | $27 | $57 | $57 |
| [1] Journal of Applied Physics | | | | | |
| Print & online | 0021-8979 | 24 | $280 | $385 | $550 |
| Online only | 1089-7550 | | $155 | $155 | $155 |
| Quarterly CD-ROM & online | | 4 | $280 | $280 | $280 |
| [1] The Journal of Chemical Physics | | | | | |
| Print & online | 0021-9606 | 48 | $315 | $425 | $630 |
| Online only | 1089-7690 | | $170 | $170 | $170 |
| Quarterly CD-ROM & online | | 4 | $315 | $315 | $315 |
| [1] Journal of Mathematical Physics (Print & online) | 0022-2488 | 12 | $125 | $155 | $215 |
| Online only | 1089-7690 | | $70 | $70 | $70 |
| [1] Journal of Physical and Chemical Reference Data (AIP, NIST) | | | | | |
| Print & online | 0047-2689 | 6 | $122 | $133 | $152 |
| Online only | | | $67 | $67 | $67 |
| Low Temperature Physics (Fizika Nizkikh Temperatur (Online only) | 1090-6517 | | $185 | $185 | $185 |
| [1] Physics of Fluids | | | | | |
| Print & online | 1070-6631 | 12 | $140 | $165 | $210 |
| Online only | 1089-7666 | | $75 | $75 | $75 |
| [1] Physics of Plasmas | | | | | |
| Print & online | 1070-664X | 12 | $140 | $165 | $210 |
| Online only | 1089-7674 | | $75 | $75 | $75 |
| [1] Physics of Fluids and Physics of Plasmas | | | | | |
| Print & online | | 24 | $245 | $295 | $385 |
| Online only | | | $135 | $135 | $135 |
| [1,3] Physics Today | 0031-9228 | 12 | On Membership | | $30 |
| [1,4] Physics Today | 0031-9228 | 12 | $55 | $70 | $85 |
| [1] Review of Scientific Instruments | | | | | |
| Print & online | 0034-6748 | 12 | $115 | $140 | $190 |
| Online only | 1089-7623 | | $65 | $65 | $65 |

[+] Available to nonmember individuals for $120 (print & online) or $110 (online only). For print & online, add $10 for surface freight outside N. America or $20 for optional air freight.

[*] Gratis to qualified subscribers. Contact AIP for information

## MAIK NAUKA/INTERPERIODICA PUBLISHING (MAIK)

Subscription orders must be sent to: American Institute of Physics, P.O. Box 503284, St. Louis, MO 63150-3284.

| Title | ISSN | No. of Issues | Dom. | Foreign (Surface) | Optional Air |
|---|---|---|---|---|---|
| Acoustical Physics | | | | | |
| (Akusticheskii Zhurnal) (Online only) | 1063-7710 | 6 | $115 | $115 | $115 |
| Astronomy Letters | | | | | |
| (Pis'ma v Astronomicheski Zhurnal) | | | | | |
| Online only | 1063-7737 | 12 | $100 | $100 | $100 |
| Astronomy Reports | | | | | |
| (Astronomicheskii Zhurnal) | | | | | |
| Online only | 1063-7729 | 12 | $150 | $150 | $150 |
| Crystallography Reports | | | | | |
| (Kristallografiya) (Online only) | 1063-7745 | 6 | $145 | $145 | $145 |
| Doklady Physics | | | | | |
| (Doklady Akademii Nauk) | | | | | |
| Online only | 1028-3358 | 12 | $165 | $165 | $165 |
| Journal of Experimental and Theoretical Physics (Zhurnal Eksperimental'noi i Teoreticheskoi Fiziki) (Online only) | 1090-6509 | 12 | $210 | $210 | $210 |
| JETP Letters (Online only) | 1090-6487 | 24 | $140 | $140 | $140 |
| Physics of Atomic Nuclei | | | | | |
| (Yadernaya Fizika) (Online only) | 1063-7788 | 12 | $290 | $290 | $290 |
| Physics of the Solid State (Fizika Tverdogo Tela/St. Petersburg) | | | | | |
| Online only | 1090-6460 | 12 | $210 | $210 | $210 |
| Plasma Physics Reports | | | | | |
| (Fizika Plazmy) (Online only) | 1063-780X | 12 | $190 | $190 | $190 |
| Semiconductors | | | | | |
| (Fizika i Tekhnika Poluprovodnikov) | | | | | |
| Online only | 1090-6479 | 12 | $195 | $195 | $195 |
| Technical Physics (Zhurnal Tekhnicheskoi Fiziki) (Online only) | 1090-6525 | 12 | $190 | $190 | $190 |
| Technical Physics Letters (Pis'ma v Zhurnal Tekhnicheskoi Fiziki) | | | | | |
| Online only | 1090-6533 | 12 | $150 | $150 | $150 |

## BIOMEDICAL ENGINEERING SOCIETY (BMES)

Subscription orders must be sent to: American Institute of Physics, P.O. Box 503284, St. Louis, MO 63150-3284.

| Title | ISSN | No. of Issues | Dom. | Foreign (Surface) | Optional Air |
|---|---|---|---|---|---|
| Annals of Biomedical Engineering | | | | | |
| Print & online | 0090-6964 | 12 | $195 | $215 | $235 |

## AMERICAN ASSOCIATION OF PHYSICS TEACHERS (AAPT)

Subscription orders for AAPT journals only must be sent to: American Association of Physics Teachers, One Physics Ellipse, College Park, MD 20740-3843.

| Title | ISSN | No. of Issues | Dom. | Foreign (Surface) | Optional Air |
|---|---|---|---|---|---|
| American Journal of Physics | | | | | |
| Print | 0002-9505 | 12 | $131 | $151 | $201 |
| Print & online | | | $146 | $166 | $216 |
| The Physics Teacher | 0031-921X | 9 | $118 | $138 | $188 |

## SOCIETY OF PHYSICS STUDENTS (SPS)

NOTE: For AIP journals, add $30 for year end CD-ROM containing full 2001 Vol(s). For Chaos, add $20.

## AMERICAN ASSOCIATION OF PHYSICISTS IN MEDICINE (AAPM)

Subscription orders must be sent to: American Institute of Physics,
P.O. Box 503284, St. Louis, MO 63150-3284.

| | | | | | |
|---|---|---|---|---|---|
| 1,2 Medical Physics (Print & online) | 0094-2405 | 12 | \$230 | \$250 | \$290 |

## THE AMERICAN PHYSICAL SOCIETY (APS)

Subscription orders must be sent to: American Institute of Physics,
P.O. Box 503284, St. Louis, MO 63150-3284.

| | | | | | |
|---|---|---|---|---|---|
| 2 APS News | 1058-8132 | 11 | \$105 | \$115 | \$120 |
| 2 Bulletin of the APS | 0003-0503 | 14 | \$175 | \$195 | \$220 |
| 1,2 Physical Review A (Atomic, Molecular and Optical Physics) (Print & online) | 1050-2947 | 12 | \$245 | \$300 | \$400 |
| 1,2 Physical Review B (Condensed Matter and Materials Physics) (Print & online) | 0163-1829 | 48 | | | |
| (PR-B-1) | | | \$305 | \$410 | \$585 |
| (PR-B-15) | | | \$315 | \$420 | \$595 |
| 1,2 Physical Review C (Nuclear Physics) (Print & online) | 0556-2813 | 12 | \$230 | \$285 | \$330 |
| 1,2 Physical Review D (Particles, Fields Gravitation, and Cosmology) (Print & online) | 0556-2821 | 24 | | | |
| (PR-D-1) | | | \$210 | \$265 | \$330 |
| (PR-D-15) | | | \$225 | \$280 | \$345 |
| 1,2 Physical Review E (Statistical, Nonlinear and Soft Matter Physics) Print & online | 1063-651X | 12 | \$265 | \$330 | \$470 |
| Physical Review Focus (Online) | | | no charge | | |
| Physical Review Index 2000 | 0094-0003 | 1 | \$140 | \$145 | \$160 |
| 2 Physical Review Letters | | | | | |
| 1,2 Print & online | 0031-9007 | 52 | \$270 | \$345 | \$455 |
| Physical Review Special Topics— Accelerators & Beams (Online) | | | no charge | | |
| 1,2 Reviews of Modern Physics Print & online | 0034-6861 | 4 | \$160 | \$170 | \$190 |

## INTERNATIONAL CENTRE FOR DIFFRACTION DATA (ICDD)

Subscription orders must be sent to: American Institute of Physics,
P.O. Box 503284, St. Louis, MO 63150-3284.

| | | | | | |
|---|---|---|---|---|---|
| Powder Diffraction | 0885-7156 | 4 | \$50 | \$85 | \$85 |

## SOCIETY OF PHYSICS STUDENTS (SPS)

Subscription orders for the following SPS journal must be sent to:
Journal of Undergraduate Research in Physics, Department of Physics, Guilford
College, Greensboro, NC 27410.

| | | | | | |
|---|---|---|---|---|---|
| Journal of Undergraduate Research in Physics 2 | | | \$5 | \$7 | \$15 |

## RATE INFORMATION FOR ALL JOURNALS

- ALL SUBSCRIPTIONS AT MEMBER RATES ARE FOR PERSONAL USE ONLY.
- Member rates are not available through subscription agencies.
- This list indicates all AIP journals, Member Society journals, and other available publications, offering special rates to AIP Member and Affiliated Societies.
- Domestic subscription rates apply ONLY to United States and its Possessions.
- Foreign Surface Mail subscription rates apply to Canada and Mexico, to countries not served by airfreight, and to subscribers not electing optional airfreight.
- PRICES ARE SUBJECT TO CHANGE WITHOUT NOTICE.

## ORDERING INFORMATION FOR ALL JOURNALS

- **AIP**, and Member Society journals available exclusively from the **American Institute of Physics** must be ordered from: **American Institute of Physics**, P.O. Box 503284, St. Louis, MO 63150-3284. Tel. (516) 576-2270 or (800) 344-6902. FAX: (516) 349-9704. E-mail: subs@aip.org.
- Journals available ONLY from **AIP's** Member Societies must be ordered directly from the respective society.
- Payment must be sent to the correct society as indicated on this price list. If payment is made incorrectly, it will be REFUNDED ONLY—NOT FORWARDED to the correct society for fulfillment.

## FOOTNOTES FOR ALL JOURNALS

1. Also available in microfiche. For rates, please contact: **American Institute of Physics**, P.O. Box 503284, St. Louis, MO 63150-3284. Telephone (800) 344-6902 or (516) 576-2270. Fax: (516) 349-9704. E-mail: subs@aip.org.
2. Available to members of AIP Member Societies ONLY.
3. Gratis to members of AIP Member Societies and Society of Physics Students.
4. Available to AIP Affiliated Society members only, including Sigma Pi Sigma Alumni.

# EXHIBIT "C"



**AMERICAN INSTITUTE OF PHYSICS**

Suite 1NO1
2 Huntington Quadrangle
Melville, NY 11747-4502

Tel. 1-800-344-6902
516-576-2270
Fax 516-349-9704

E-mail: subs@aip.org
http://www.aip.org

## Your 2003 subscription(s) have expired!

February 2004

Dear Member Subscriber:

Enclosed is your final renewal notice for 2004 subscriptions to AIP owned publications and publications of our Member Societies.

Although we would like to provide you with continuous service of your subscriptions, your 2003 subscriptions have now expired and we will be forced to suspend your service if payment is not received immediately.

To help us serve you better, we ask you to keep the following in mind:

- **Reactivate your subscription now by returning your renewal notice with payment today.**

- As you know, all orders require prepayment. Only payments made in U.S. dollars drawn on a U.S. bank can be accepted. Credit card payments are always welcome.

- Please reference your AIP customer number and order number on all checks and wire transfers. Failure to include these numbers, especially on wire transfers, will result in delays in service and possible interruptions in your subscription.

- Individuals who belong to an AIP Member Society receive separate renewal notices for membership dues and for publications specific to that society affiliation.

- Subscriptions at reduced member rates are for personal use only. These subscriptions are not intended for release to libraries, reading rooms, or for any other institutional purpose. By returning your renewal notice along with payment you are acknowledging this principle and your agreement to comply.

...over

**Member Societies:**
American Physical Society
Optical Society of America
Acoustical Society of America
The Society of Rheology
American Association of Physics Teachers
American Crystallographic Association
American Astronomical Society
American Association of Physicists in Medicine
AVS The Science & Technology Society
American Geophysical Union
**Other Member Organizations:**
Sigma Pi Sigma Physics Honor Society
Society of Physics Students
Corporate Associates

recycled paper

P01797

- Journals not intended for your personal use can be ordered from AIP at nonmember rates. A nonmember rate schedule is available upon request.

- Expedited airfreight service is an option available to subscribers outside the U.S., Canada, and Mexico. Airfreight subscriptions are flown to key cities in Europe and Asia, then entered into the local surface mail system. This can significantly reduce delivery time. Please see the price list for details.

Thank you for your continued interest in our publications. We hope this information has been helpful and we look forward to serving you in the coming year.

Sincerely,

Lori S. Carlin
Director, Circulation & Fulfillment

**P.S.  Return your renewal notice with payment today to reactivate your subscriptions!**

P01798

# EXHIBIT "D"



*1931-2006*
# AMERICAN INSTITUTE OF PHYSICS
*75 Years of Service*

Suite 1N01
2 Huntington Quadrangle
Melville, NY 11747-4502

Tel. 1-800-344-6902
    516-576-2270
Fax 516-349-9704

E-mail: subs@aip.org
http://www.aip.org

## Your 2005 subscription(s) have expired

February 2006

Dear Member Subscriber:

Enclosed is your final renewal notice for 2006 subscriptions to AIP owned
publications and publications of our Member Societies.

Although we would like to provide you with continuous service of your
subscriptions, your 2005 subscriptions have now expired and we will be
forced to suspend your service if payment is not received immediately.

To help us serve you better, we ask you to keep the following in mind:

- **Reactivate your subscription now by returning your renewal notice
  with payment today.**
- Print and online subscriptions at reduced member rates are for personal
  use only. These subscriptions are not to be released to libraries, reading
  rooms, or for any other institutional purpose. By returning your invoice
  along with payment you are acknowledging this principle and your
  agreement to comply.
- Journals not intended for your personal use can be ordered from AIP at
  nonmember rates. A nonmember rate schedule is available upon request.
- All orders require prepayment. Payments must be made in U.S. dollars
  drawn on a U.S. bank. Credit card payments are welcome.
- AIP titles at member rates are limited to three per person. APS titles at
  member rates are limited to four per person.
- Please reference your AIP customer number and order number on all
  checks and wire transfers. Failure to include these numbers, especially on
  wire transfers, will result in delays in service and possible interruptions in
  your subscription.
- Individuals who belong to an AIP Member Society will receive a separate
  invoice for membership dues and for publications specific to that society
  affiliation.

Member Societies:
American Physical Society
Optical Society of America
Acoustical Society of America
The Society of Rheology
American Association of
Physics Teachers
American Crystallographic
Association
American Astronomical Society
American Association of
Physicists in Medicine
AVS The Science &
Technology Society
American Geophysical Union
Other Member Organizations:
Sigma Pi Sigma Physics
Honor Society
Society of Physics Students
Corporate Associates

recycled paper

...over

- Expedited airfreight service is an option available to subscribers outside the U.S., Canada, and Mexico. This can significantly reduce delivery time. Please see the price list for details.

Thank you for your continued interest in our publications. We hope this information has been helpful and we look forward to serving you in the coming year.

Sincerely,

*Lori S. Carlin*

Lori S. Carlin
Director, Circulation & Fulfillment

P.S.   Return your renewal notice with payment today to reactivate your subscriptions!

# EXHIBIT "E"

# Blackwell Publishing

*Journals price list*

# 2003

This price list contains prices for all Blackwell Publishing titles (formerly Blackwell Publishers, Blackwell Science and Munksgaard) across our offices in Oxford, Boston, Berlin, Copenhagen and Melbourne. Contact details, customer information and subscription prices for each office are on the pages shown below. Orders and queries regarding individual journals must be directed to the relevant ordering office.

|  | Information | Prices |
|---|---|---|
| Blackwell Publishing Ltd (Oxford) | 4–5 | 6–47 |
| Blackwell Verlag (Berlin) | 48 | 49–51 |
| Blackwell Publishing Asia (Melbourne) | 52 | 53–56 |

We have now consolidated the ordering arrangements for our Danish, Oxford and Boston titles at our Oxford headquarters. This will make ordering easier by reducing the number of contact addresses, and also has resulted in a more consistent approach to pricing and policy. In particular, 2003 is the first year where we have had the benefit of a unified pricing policy with regard to our print and online editions, offering customers both broad online access and a choice of package options.

A complete alphabetical index of titles showing the relevant ordering office for each one is given on pages 60–66.

▸ Newly acquired and new start journals are printed in blue.

▸ Notes regarding changes in format, extent or name, plus other title-specific information, are listed in the 'Notes' column at the end of each title line.

▸ Agents' discount does not apply to the titles specified in **bold** in the notes column.

▸ All titles are available electronically to institutions unless indicated in the notes column. Please see the Customer Information section for the relevant office for further details.

▸ While we make every effort to ensure 100% accuracy the price list may contain errors and/or omissions and prices may be subject to change after publication. We reserve the right to invoice customers at the correct amount in such cases.

**1**

# Online Journals from **Blackwell Publishing**

## PURCHASING OPTIONS

For 2003 Blackwell Publishing has introduced a single price structure for all titles (exceptions are indicated in the notes column). This new price structure applies to former Blackwell Publishers, Blackwell Science, Munksgaard, Futura Publishing and Blackwell Verlag journals.

Online orders should contain full details for sites wishing to take advantage of online access - including email and contact address for each site administrator.

### 1 Premium Subscription
print with extended online access

Blackwell Publishing subscriptions can now be 'topped up' to include PREMIUM online access for an additional 10%. PREMIUM access includes all of the advantages of the Blackwell Publishing Site License - a signed copy of which is required for each subscribing institution

- Access to full-text articles from current content and all available online backfiles, dating from 1997/98 in most cases
- Access to OnlineEarly articles, where available
- Ongoing archival access to paid-for content

- IP and/or remote user access authentication
- Free electronic course pack use Inter-library loan (printed from electronic copy)
- Access for walk-in users

### 2 Standard Subscription
print with standard online access

All institutions subscribing to Blackwell Publishing journals are now entitled to standard access to the online version for as long as their subscription continues:

- Access to full-text articles from the current and previous subscription year
- Access authentication by IP address

### 3 Online Only Subscription

Blackwell Publishing titles that are available online can also be bought at the discounted fee of 90% of the standard subscription price. Access is at the PREMIUM level (see Option 1). Subscribing institutions must sign the Blackwell Publishing Site License

Please see the relevant customer information section for full information on prices and availability. General queries on online pricing or access details may be directed to.

onlinehelp@oxon.blackwellpublishing.com

## ACCESS OPTIONS

We offer a wide range of access options for Blackwell Publishing's online journals.

The online journals in this price list are available through our own online journals delivery service, Blackwell Synergy (see opposite) as well as through several third party intermediaries, including:

- IngentaJournals
- Swetsnet Navigator
- EBSCO Online
- Electronic Collections Online
- Information Quest
- Ovid Full Text (selected journals only)
- HighWire Press (selected journals only)

### Crystallography Journals Online

Journals previously published by Munksgaard for the International Union of Crystallography are available via Crystallography Journals Online:

- Acta Crystallographica Sections A-E
- Journal of Applied Crystallography
- Journal of Synchrotron Radiation

For full details of this service visit http://journals.iucr.org. All issues back to 1948 are available.

Consortia pricing is also available at http://www.iucr.org/cgi-bin/consort.

## CONSORTIA OPTIONS

We also offer a range of purchasing options for online journals designed to meet the needs of libraries and library consortia. These options include:

**Choice:**
Purchase of individual online only journals, with discounts offered for larger quantities.

**Subject Bundles:**
Libraries may purchase a "subject bundle" of online journals. This represents the best option for specialized institutions focusing on a defined research area, or for libraries wishing to transfer their subscriptions from print to online only.

**Collection:**
One-year deal for consortia wishing to access our entire online journals collection. This represents the best value for money enabling libraries to access over 600 of the most highly cited, peer-reviewed journals published on behalf of scholarly societies. The complete collection is ideal for multidisciplinary universities wishing to maximize online journals access for a fraction of the price whilst maintaining their current holdings.

For more information on Choice, Subject Bundles or Collection, please contact your nearest representative:
UK, S. Europe, N. Europe, Africa: Nancy Gerry, nancy.gerry@blacksci.co.uk
Germany, Austria, E. Europe: Reinhard Schülke, reinhard.schuelke@blackwell.de
The Americas: Jason Miller, jmill@blacksci.com
Australia, NZ: Sarah Blatchford, sarah.blatchford@blackwellpublishingasia.com
Asia: Katie Julian, katie.julian@blackwellpublishingasia.com



## VAT & OTHER TAXES

### Canadian Goods and Services Tax (GST)

Customers in Canada ordering directly from the publisher should add 7% GST or provide evidence of entitlement to exception. Subscription agents are responsible for collecting GST from their customers in Canada. Agents in Canada will be charged GST on their orders. Our GST number is 130 130 412 RT.

### European Community Value Added Tax (VAT)

Customers in the UK will be charged VAT. Currently the rates are:

| | |
|---|---|
| For Standard or Premium options | 5% |
| For Online Only option | 17.5% |

Titles not available online are not subject to VAT

Customers in the EU must provide a VAT registration number or evidence of entitlement to exemption; customers who are not registered or exempt will be charged VAT as above.

## AGENCY DISCOUNT

Agents will receive 5% discount on the subscription rates quoted in the price list except where otherwise stated in the notes column. In order to qualify for the discount the agent must have more than 20 active subscriptions and must supply the address details of the end-user for all records.

## CALENDAR YEAR SUBSCRIPTIONS AND EXCEPTIONS

Subscriptions for most journals are entered on a calendar year basis, starting with the first issue of the volume, with issues already published sent on receipt of payment. However, subscriptions to the following journals may commence at any point in the volume. Please indicate which issue you wish your subscription to start with.

Africa Confidential
American Journal of Agricultural Economics
Dialog
Economic Outlook
Entrepreneurship Theory and Practice

- Epilepsia
- Health Services Research
- The Historian
- Journal of Aesthetics and Art Criticism
- Journal of American and Comparative Cultures
- Journal of the American Geriatrics Society
- The Journal of Finance
- Journal of General Internal Medicine
- Journal of Popular Culture
- Journal of Small Business Management
- Kidney International
- Middle East Policy
- Modern Language Journal
- New Perspectives Quarterly
- Oil and Energy Trends
- Public Budgeting and Finance
- Review of Agricultural Economics
- The Russian Review
- Seminars in Dialysis

## ELECTRONIC ACCESS

From 2003 the majority of Blackwell Publishing titles will be available online through *Blackwell Synergy* as well as a range of other agents and intermediary services. We will provide access via *Blackwell Synergy* unless customers specifically request an alternative service provider.

All prices are stated for each title. There are three price options:

**Premium:** print subscription with extended online access rights including Online Early, access to the full list of issues and remote user rights - 110% of Standard subscription price.

**Standard:** Print subscription with online access rights to current and previous volume only.

**Online Only:** Online subscription providing full access rights as per **Premium** package: 90% of the Standard subscription price.

For full details of the online availability of journals and online prices, see www.blackwellpublishing.com.

For online access queries please contact onlinehelp@oxon.blackwellpublishing.com

## DISPATCH

Journals are dispatched direct from the country in which they are printed (normally UK, USA or Australia) by air-speeded delivery. For journals dispatched from the UK, a full airmail service is available at a small additional charge; please contact Customer Services for further details. Postal services to certain territories may be suspended from time to time due to circumstances beyond our control.

## INDIVIDUAL SUBSCRIPTIONS

Personal subscription rates are available for most of our journals. These rates are applicable to orders for bona fide personal use only. For subscription prices contact Customer Services or see our website. Agency discount is not available on individual subscriptions.

## CANCELLATIONS

No refunds will be made after the first issue of the subscription has been dispatched.

## CLAIMS

Claims should be made within six months of the date of publication.

## SINGLE COPIES AND BACK ISSUES

Single issues from all current and most recent volumes are available. Please see our website or contact Customer Services for further details.

**Oxford** 5

# EXHIBIT "F"

Elsevier
Customer Service
6277 Sea Harbor Drive
Orlando FL 32887-4800
USA

Tel: (+1) 407-345-4020
Fax: (+1) 407 363 1354
Email: usjcs@elsevier.com
www.elsevier.com

**ELSEVIER**

*Proforma*
*Archive Copy*

GB494627212

DUNS: 006-294-391
GST): H137735919

| Billing Account Number. | 10830396 |
|---|---|

BILL TO:

| Delivery Account Number. | 10830396 |
|---|---|

SEND TO:

- - -

Registered in England Number 1982084 Elsevier, Fulfilment Centre, The Boulevard, Kidlington, Oxford, OX5 1GB, UK     PROF     R64

| PAGE NO 2 | SOURCE CODE Society Order | DUE DATE 02-AUG-2007 | INVOICE DATE 03-JUL-2007 | INVOICE NO J9412866 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PRODUCT REF | DETAIL | | PURCHASE ORDER NUMBER | QTY | PRICE | NET AMOUNT | POSTAGE | TAX | TOTAL AMOUNT |
| | TOTAL VALUE OF THIS PROFORMA | | | | | | 0.00 | 0.00 | 109.00 |

| REMARKS | | | | Amount due in US Dollars | USD | 109.00 |
|---|---|---|---|---|---|---|

| Quantity 2 | Method Dutch PTT/Stan |
|---|---|
| Total Weight 0.000 | Type Dutch PTT/Stan |

✂ ........................................................................................................................................
Please return the complete invoice to the Customer Service address above if you are making any changes
REMITTANCE ADVICE - PLEASE RETURN WITH PAYMENT
To ensure we process your payment efficiently, please quote invoice and billing account numbers.

| Billing Account Number: | 10830396 |
|---|---|
| Invoice Number: | J9412866 |
| Delivery Account Number: | 10830396 |
| Invoice Date: | 03-JUL-2007 |
| TOTAL AMOUNT USD | 109.00 |

Registered in England Number 1982084   Elsevier,
Fulfilment Centre, The Boulevard, Kidlington, Oxford, OX5 1GB, UK

**PAYMENT OPTIONS:**

Bank Transfer:   Remit the amount to our account 62.65.07.634 with the
Hollandsche Bank Unie NV, Rotterdam, The Netherlands,
SWIFT-address: HBUANL2R, IBAN: NL76 HBUA 0626 5076 34

Cheque:   Draw and send this slip with a check to Elsevier, Box 7247-7682,
Philadelphia, PA 19170-7682,USA

Credit Card:   Fill in your credit card details and send to Customer Service,
6277 Sea Harbor Drive, Orlando, FL 32887-4800, USA

☐ Amex (not JPY)   ☐ Visa   ☐ Euro/Mastercard   ☐ JCB (JPY only)

Valid Expiry Date:     Month        Year

Signature

# Elsevier Terms and Conditions of Supply

**1. Applicability**

1.1These terms and conditions shall apply to all offers, proposals and agreements made between Elsevier and any third party or its agent ("the Client") relating to the products and/or services of Elsevier ("the Products and/or Services") and, along with the relevant Elsevier order acknowledgement, shall form the entire agreement between the parties (the "TC"). They supersede any previous supply terms and conditions. For the purposes of the TC 'Elsevier' shall mean the company within the Elsevier group that is providing the Products or Services as set out on the Elsevier order acknowledgement or invoice. Where general terms and conditions of business are proposed by the Client, these shall not apply and the TC will prevail. Any variation to the TC and any representations about the Products and Services shall have no effect unless expressly agreed in writing and signed by an authorised signatory of Elsevier. Nothing in the TC will exclude or limit Elsevier's liability for fraudulent misrepresentation. Where Products are sold to the Client that contain third party product or software such a sale may be subject to additional license terms.

**2. Offer and acceptance/ Description**

Each order for the Products and Services by the Client from Elsevier shall be deemed to be an offer by the Client to purchase the Products and Services subject to the TC. No order placed by the Client shall be deemed accepted until a written acknowledgement of order is issued by Elsevier or (if earlier) Elsevier delivers the Products or issues the invoice to the Client or commences performance of the Services for the Client. All product orders are accepted subject to availability. Unless otherwise expressly agreed by Elsevier in writing, Client represents and warrants that it is purchasing Products or Services from Elsevier for its own account and use (or if the Client is an agent, for the account and use of no more than one principal) and not on behalf of any other person or entity. Elsevier shall use commercially reasonable efforts to comply with descriptions of the Products and Services agreed by both parties in the relevant order, including such things as format, printing processes, technical design, size and kind of address file, weights and the like. All drawings, descriptive matter, specifications and advertising issued by Elsevier and any descriptions or illustrations contained in Elsevier's catalogues or brochures are issued or published for the sole purpose of giving an approximate description of the Products and Services described in them. They will not form part of the TC. Publishing errors, including, but not limited to, typographical errors, having no significant effect on the editorial content or design characteristics of the Products and Services, cannot be considered a reason for rejecting delivery or, as the case may be, modifying the agreed price.

**3. Execution and modification of the order**

Any modifications to the agreed product or service description, budget or schedule, as set out in the order acknowledgement, may result in an adjustment to the final price and/or delivery schedule at Elsevier's discretion If, at the request of the Client, Elsevier renders additional Services in connection with the performance of the TC, Elsevier shall act in the name of, to the account of, and at the risk of the Client. Any dates specified by Elsevier for delivery/performance of the Products and Services are intended to be an estimate and time for delivery/performance shall not be made of the essence by notice. If no dates are so specified, delivery/performance will be within a reasonable time.

**4. Rates and prices**

Unless otherwise agreed by Elsevier in writing the price/rates for the Products and Services shall be those set out in Elsevier's current price/rate list (whether print or online). All such prices/rates shall be exclusive of any handling, packing, loading, freight, transport and insurance charges unless otherwise agreed in writing, and shall also be exclusive of any taxes, import duties or other levies imposed on the sale or import of the Products or Services by local or national authorities, which shall be charged by Elsevier as appropriate. Where applicable, Client shall provide to Elsevier Client's VAT registration number at the time of placing its order.

**5. Payment**

Unless otherwise agreed in writing, payments shall be effected within thirty (30) days of the invoice date in the currency invoiced. Time for payment shall be of the essence. Elsevier may set and vary credit limits for any Client account and shall be entitled to refuse to supply any Client who has exceeded its current credit limit. Legal and beneficial title in any tangible Products supplied by Elsevier to the Client shall remain with Elsevier until Elsevier has received in full (in cash or cleared funds) all sums due to it in respect of the Products and all other sums which are or which become due to Elsevier from the Client on any account. For the avoidance of doubt no intellectual property rights in the Products shall transfer to the Client. Products shall be at the Client's risk as from delivery. The Client shall make all payments due under the TC without any deduction whether by way of set-off, counterclaim, discount, abatement or otherwise unless the Client has a valid court order requiring an amount equal to such deduction to be paid by Elsevier to the Client. From the due date of the invoice to the date of payment in full, interest at the rate of 1% may be charged to the Client on a monthly basis for any sums outstanding, together with any collection fees incurred by Elsevier. If the Client wishes to dispute any invoice (or part), the Client shall, as soon as reasonably practicable, but no later than the due date of such invoice, send full details of such dispute to Elsevier in writing. The Client shall remain liable for any undisputed part of such invoice. Elsevier shall be entitled, at any time, to demand payment in advance and may suspend performance of its obligations arising from the TC until such advance payment has been received. Where the Client is indebted to Elsevier for any other Product or Service under any order order, Elsevier reserves the right to withhold supply of the Products or Services under the current order until any outstanding monies are fully paid. Elsevier shall be entitled to apply any monies received by the Client, to clear any of the Client's outstanding debts to Elsevier.

**6. Intellectual property**

Copyright and other intellectual property rights to all Elsevier proposals, publications and other Products and or Services shall remain with Elsevier unless agreed otherwise in writing. The rights granted by Elsevier are restricted to use solely by the Client and may not be assigned, transferred or sublicensed without the prior written permission of Elsevier. The rights granted by Elsevier are non-exclusive and for the purpose expressly agreed upon. Any other use shall require the prior written permission of Elsevier. The Client shall not acquire any intellectual property rights in the Products. No part of the Elsevier proposals, publications or Products may be stored in any automated data file and/or reproduced, whether electronically, mechanically, by photocopying, recording or in any other manner or form, without the specific prior written permission of Elsevier.

**7. Liability and claims**

TO THE MAXIMUM EXTENT PERMITTED BY RELEVANT LAWS (i) Elsevier shall not be liable for any of the following losses which may arise by reason of any breach of this TC or any implied warranty, condition or other term, any representation or any duty of any kind imposed on Elsevier by operation of law: (a) any loss of anticipated profits or expected future business; (b) damage to reputation or goodwill; (c) any damages, costs or expenses payable by Elsevier to any third party; (d) loss of any order or contract; or (e) any loss that was not foreseeable by the Client and Elsevier at the time this TC was entered into; or (f) any loss not caused by any breach on the part of Elsevier; AND (ii) NEITHER PARTY SHALL BE RESPONSIBLE FOR death OR PERSONAL INJURY EXCEPT THAT RESULTING FROM ITS OWN NEGLIGENCE OR WILFUL INTENT OR THE NEGLIGENCE OF ITS EMPLOYEES OR OTHERS FOR WHOM THE PARTY IS LEGALLY RESPONSIBLE. NOTHING IN THE TC SHALL BE CONSTRUED AS CREATING AN OBLIGATION TO INDEMNIFY THE OTHER PARTY AGAINST THE OTHER PARTY'S OWN NEGLIGENCE. ELSEVIER'S LIABILITY FOR ANY OTHER LOSS IMPUTABLE TO IT SHALL IN ANY EVENT BE LIMITED TO THE INVOICE VALUE OF THE PART OF THE TC TO WHICH THE LIABILITY ARISES. TO THE MAXIMUM EXTENT PERMITTED BY RELEVANT LAWS ELSEVIER EXPRESSLY EXCLUDES ANY LIABILITY FOR BREACH OF ANY IMPLIED OR EXPRESS WARRANTY OF AS TO MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. NOTHING IN THIS CONTRACT SHALL LIMIT THE CLIENT'S EXISTING LEGAL OR STATUTORY RIGHTS WHERE IT IS ACTING AS A CONSUMER. The parties agree that the United Nations Convention on Contracts for the International Sale of Goods shall not apply to this TC or the interpretation or enforcement thereof. The Client has entered into this TC in the knowledge that the liability of Elsevier is to be limited in accordance with these terms and conditions and the charges have been agreed accordingly. The Client acknowledges that a higher price would be payable for the Products or Services but for such limitations.

**8. Force majeure**

If by reason of labor dispute, strikes, inability to obtain labor or materials, fire or other action of the elements, accidents, power or telecommunications failure, customs delays, governmental restrictions or appropriation or other causes beyond the control of a party, such party is unable to perform in whole or in part its obligations set forth in this TC, then such party shall be relieved of those obligations to the extent it is thereby unable to perform, and such inability to perform shall not make such party liable to any other party. The party subject to an event of force majeure shall use good faith efforts to comply as closely as possible with the provisions of this TC and to avoid the effects of such event to the extent possible.

**9. Intentionally deleted**

**10. Cancellations & Returns**

Without prejudice to any rights the Client may have under statute as a consumer, if the Client cancels an order either fully or partially, a cancellation fee may be charged. All cancellations must be made in writing. This fee will be calculated to cover any external or internal costs which have been incurred or committed up to and including the date of cancellation. No new external costs will be incurred or committed/contracted from the date of receipt of written notice of cancellation by Elsevier. Orders for advertisements must be cancelled in writing prior to the relevant ad space closing date, but in the event that any cancellations are made after such date, Elsevier shall be entitled to charge the full cost of the advertisement. Any returns of book products shall be subject to the relevant Elsevier company's return policy applicable to the product at the time of the return. Details of such policies will be provided to the Client upon request. Reprints cannot be returned once these have been printed.

**11. General**

The formation, existence, construction, performance, validity and all aspects of the TC shall be governed by the law of the corporate domicile of the Elsevier company which is providing the Products or Services. The parties agree to submit to the exclusive jurisdiction of the courts of that same corporate domicile. The Client shall not be entitled to assign the TC or any part of it without the prior written consent of Elsevier. Elsevier may assign the TC or any part of it to any person, firm or company. If any provision of the TC is found by any court, tribunal or administrative body of competent jurisdiction to be wholly or partly illegal, invalid, void, voidable, unenforceable or unreasonable it shall to the extent of such illegality, invalidity, voidness, voidability, unenforceability or unreasonableness be deemed severable and the remaining provisions of the TC and the remainder of such provision shall continue in full force and effect. Failure or delay by Elsevier in enforcing or partially enforcing any provision (or prosecuting any breach) of the TC will not be construed as a waiver of any of its rights under the TC.

# EXHIBIT "G"

## Subscription Information

### CALENDAR-BASED SUBSCRIPTIONS
All subscriptions (including those for online titles) are accepted and entered on a complete volume basis only. Subscriptions commence with the first issue of the current year and expire in December with any issues already published sent on receipt of payment.

### PAYMENT
Full pre-payment, in the correct currency, is required for all orders. Customers in Europe should remit payment in sterling, elsewhere we require payment in US dollars. We can accept cheques/money orders payable to Oxford University Press, credit cards (American Express, Diners, Mastercard, Visa,), direct debit, or UNESCO coupons. We can also accept transfers, either via bank (Barclays Bank Plc, PO Box 333, Oxford, UK, Sort Code: 20 65 18, Account Number: 00715654) or through Girobank Plc (Account Number: 5001056).
All orders should be accompanied by full payment and can be sent to your nearest Oxford University Press office (see How to Contact Us).

### DISCOUNTS TO AGENTS
Agents may deduct 5% from the prices quoted. Please note that this discount is not applicable if payment is made by credit card.

### TAX
All subscriptions in Canada are subject to a Goods and Service Tax. Please add 7% to the prices quoted. Subscriptions in the EU may be subject to European VAT. If you are registered, please supply details to avoid unnecessary charges. In the UK, a proportion of the subscription price may be subject to UK VAT if a CD-ROM or online access is included.

### PERSONAL SUBSCRIPTIONS
Personal rates are applicable only when a subscription is for individual use and are not available if delivery is made to a corporate address.

### ANNUAL INDEXES
Indexes are provided free of charge for most of our journals.

### DISPATCH
Our prices include the following postage methods as standard outside of the UK:

### AIRMAIL
Argentina, Brazil, Chile, China, Egypt, Europe, Hong Kong, Indonesia, Israel, Kenya, Korea, Malaysia, Mexico, Nigeria, Pakistan, Saudi Arabia, Singapore, South Africa, Thailand, USA

### AIRSPEEDED
Australia, Canada, India, Japan, New Zealand

### SURFACE
Elsewhere

Airmail rates for territories currently receiving journals by airspeeded or surface methods will be quoted on request.

### CANCELLATIONS
Orders are regarded as firm and, after the first issue of the volume has been dispatched, subscription payments are not refundable.

### CLAIMS

Claims should be made within four months of publication or date of order (whichever is later).

CHANGE OF ADDRESS
Please give four weeks notice of change of address, supplying both the old and new address details.

HOW TO CONTACT US
Full customer service facilities, including subscription queries, information on prices and back issues, and address changes are available from your nearest Oxford University Press office as listed below:

For the Americas:
Journals Customer Service Department
Oxford University Press,
2001 Evans Road,
Cary, NC 27513, USA

Toll free number: +1 800 852 7323
Telephone: +1 919 677 0977
Fax: +1 919 677 1714
Email: jnlorders@oup-usa.org

Elsewhere:
Journal Subscriptions Department,
Oxford University Press,
Great Clarendon Street,
Oxford, OX2 6DP, UK

Telephone: +44 (0) 1865 267907
Fax: +44 (0) 1865 267485
Telex: OXPRESG 837330
Email: jnl.orders@oup.co.uk
            jnl.samples@oup.co.uk
            jnl.info@oup.co.uk

# EXHIBIT "H"

John Wiley & Sons, Inc.

**Journal Subscription Pro-forma Invoice**
This is not a TAX Invoice   Please return one copy with your remittance

Subscription Department
111 River Street
Hoboken, NJ 07030
U.S.A.
Toll Free: 1 800 825 7550
Tel: 1 201 748 6645 Fax: 1 201 748 5915
www.interscience.wiley.com
E-mail: subinfo@wiley.com

Remit to:
John Wiley & Sons Inc.
Subscription Department
P.O. Box 34588
Newark
NJ 07189-4588 U.S.A.

For wire transfers:
Fleet Bank
One Fleet Way, PASCN04A **Revised**
Scranton, PA 18507
ABA Number 021404465
Acct. Number 9396449445

Invoice no. PF 2519318/1
Date     5 June 2006

Cust. a/c     116 000 000



Bill to



Ship to

Page     1

| SUBSCRIPTIONS WILL BE ENTERED UPON RECEIPT OF PAYMENT |
| Please amend the shipping address shown if not correct |

| Wiley ref | Jnl | Title | Qty | Subscription Price | Discount Price | Tax |
|---|---|---|---|---|---|---|
| 806352 | PATH | The Journal of Pathology<br>Year 2006<br>Vol 208-210, 13 Issues<br>Print ISSN:  0022-3417 | 1x | 1165.00 | 1165.00 * | |

\* Personal subscriptions must be paid by personal check or credit card. Personal rate subscriptions
may not be resold or used as library copies.

Please detach the below form and return this to us with your payment
---------------------------------------------------------------------------

If you wish to pay by credit card please complete details below:

Card no: _____

Card Security no. _____ Required for Amex, Visa & MC

Expiration: _____   AMEX VISA MC

Signature: _____

1165.00     1165.00

Total invoice amount     US Dollars  $     1165.00
Payable in advance. Net of bank charges
Checks must be drawn on a U.S. bank

1 1554416

Wiley Subscription Services Inc.
111 River Street
Hoboken, N.J. 07030

Billing Agent for:     Wiley-VCH GMBH
John Wiley & Sons, Ltd
John Wiley & Sons, Inc

1001  00251931801  9 0000000  1  00000116500  3 7

# EXHIBIT "I"

# KOTIN, CRABTREE & STRONG, LLP

ATTORNEYS AT LAW
ONE BOWDOIN SQUARE
BOSTON, MASSACHUSETTS 02114-2925

LAWRENCE KOTIN
ROBERT K. CRABTREE
WILLIAM S. STRONG*
DOLPH J. VANDERPOL
ABBOTT L. REICHLIN
ANNE L. JOSEPHSON
JOSEPH B. GREEN
MARIE F. MERCIER
ELIZABETH J. BAILEY
NICHOLAS M. KELLEY
RENÉ D. VARRIN
SHAREN LITWIN**
EILEEN M. HAGERTY
DANIEL T.S. HEFFERNAN

*ALSO ADMITTED IN NH
**ALSO ADMITTED IN NY

TELEPHONE (617) 227-7031

FACSIMILE (617) 367-2988

EMAIL KCS@KCSLEGAL.COM

WWW.KCSLEGAL.COM

AMY H. WEINSTEIN
SHERRY L. RUSCHIONI
EMMETT F. FINOCCHE
AMY C. MAINELLI BURKE***

***ALSO ADMITTED IN RI

June 19, 2007

**VIA OVERNIGHT DELIVERY and E-MAIL**

Rubens Valerio
Golden Arrow Books
1348 Washington Avenue, Suite 154
Miami Beach, FL

Periodicals Publicacoes Tecnicas
Rua Peixoto Gomide, 996, Conj. 501
Sao Paulo, Brazil
E-mail: rvalerio@yahoo.com

    Re:    <u>Subscription Fraud</u>

Dear Mr. Valerio:

    This firm has been retained to represent certain publishing companies in connection with journal subscription fraud. Our clients include the American Association for the Advancement of Science, the American Chemical Society, the American Institute of Physics, Elsevier, Inc., Massachusetts Medical Society, Oxford University Press, the Royal Society of Chemistry, Sage Publications, Inc., and John Wiley & Sons, Inc. (including its subsidiary Blackwell Publishing) (collectively the "Publishers"). During the past two years, we have filed lawsuits against various subscription agencies, companies and individuals on behalf of many of these and other publishers, based on the fraudulent purchase of their journals at the individual or member rate and subsequent resale to institutions.

    As you know, the Publishers sell their journals through various means, including subscriptions whose rates vary depending on the type of subscriber. They price their journals for sale to institutions, and rely on institutional sales for the income to make their journals economically feasible. The Publishers offer subscriptions to individuals at prices deeply discounted from the standard price, often as an accommodation to members of the

scholarly societies that sponsor the journals, and always in strict compliance with certain policies.

The Publishers make clear in their pricing information that certain prices are for individuals and other prices are for institutions. The Publishers forbid the resale or institutional use of individual subscriptions through their pricing, subscriber agreements or terms and conditions.

My clients have extensive evidence that you have been engaged in an elaborate fraudulent scheme using various identities, many of them false, and various addresses, many also false, to order and acquire subscriptions to my clients' journals at member/individual rates. The subscriptions obtained in this manner have obviously then been resold to institutions, in Brazil and perhaps elsewhere, at prices at or below institutional rates.

By way of illustration, I would direct your attention to the Schedules A and B hereto. Schedule A contains a list of identities you have used to fraudulently procure journals from the Publishers in 2006-2007. Schedule B contains a list of addresses you have used for the same purpose in 2006-2007.

Your conduct constitutes a fraudulent conspiracy in violation of U.S., English, and Brazilian laws. Because these orders were placed using the U.S. mail and/or wire communications, your conduct also violates U.S. federal law, specifically the Racketeer Influenced and Corrupt Organizations Act (RICO). Furthermore, you are in breach of your subscriber agreements, both express and implied, with our clients.

In mitigation of their damages, the Publishers cancelled or will shortly cancel all subscriptions to the names and addresses on Schedules A and B. If you wish to have them reinstated, we must reach a global settlement of these claims, on the following terms:

1.  You must act to convert all fraudulent individual or member subscriptions to institutional subscriptions by providing valid end user information for all such subscriptions. This relates to names and addresses on Schedules A and B, and any others implicated in your scheme. For names and addresses not listed on Schedules A and B, you must identify them to me.

2.  You must agree to place all future subscription orders at the correct rate and supply accurate end user information for all future subscriptions.

3.  You must pay my clients the sum of $340,000 for damages in 2006-2007, and $920,000 for past damages, representing the difference between the individual and institutional price for the subscriptions at issue. Note that

Golden Arrow Books
June 18, 2007
Page 3

pre-2006-2007 damages include names and addresses in addition to those on Schedules A and B.

4. As a disincentive to any further conduct of this kind, you must agree that should there be a recurrence of this conduct you will pay the publishers concerned not the amount of your underpayment, such as they are now demanding, but three times that amount.

Should we be obliged to bring suit against you, there is no doubt under these circumstances that a court will find your activities fraudulent and force you to pay the publishers the subscription fees that should have been paid at the institutional rate. In addition, the Publishers will seek treble damages, punitive damages, interest and attorneys' fees.

This letter is for settlement purposes only, and without prejudice to our clients' rights and remedies, including their rights to seek injunctive and other relief. I look forward to your prompt response.

Yours sincerely,

William S. Strong

Enclosures
cc:     Joseph Appel, Esq.
        David Barr
        Lori Carlin
        Johnnie James, Esq.
        Roy Kaufman, Esq.
        Maureen McArdle, Esq.
        David Painter
        Carol Richman, Esq.
        Deborah Rivera-Wienhold
        Eric Slater, Esq.
        Mark Seeley, Esq.

WSS/Golden Arrow/Corr/Demand Letter

## Schedule A

| First | Middle | Last |
|---|---|---|
| JOSE | | ANTERO |
| LUIZ | | ANTONIO |
| RUBENS | | ANTONIO |
| MARILHA | | ANTUNES |
| RONALDO | | AQUINO |
| LETICIA | | BARBOSA |
| Nilton | | Barros |
| DEISE | | BASTOS |
| BRUNA | | BATISTA |
| JOAO | | BATISTA |
| JONAS | | BATISTA |
| A | | BRAGA |
| Alexandre | | Braga |
| WAGNER | | BRAULIO |
| Dionisio | | Brison |
| DAVID | | BUENO |
| Eduardo | | Caliman |
| Genesio | | Caliman |
| Marcia | F | Caliman |
| Natalia | | Caliman |
| RODNEY | | CALIMAN |
| Rosmairi | | Caliman |
| ROSMEIRI | | CALIMAN |
| ALTINO | | CAMARGO |
| VICENTE | | CARDOSO |
| Gomes | | Carman |
| ALEXANDRE | | CARMO |
| CLAUDI | | CARMO |
| CLAUDIA | | CARMO |
| JEAN | | CARMO |
| PAULO | DO | CARMO |
| RENAN | | CARMO |
| SEBASTIAO | | CARMO |
| SEBASTIOA | | CARMO |
| VANDERLEI | | CARMO |
| Dario | | Castro |
| DIMAS | | CASTRO |
| Vera | | Costa |
| Vicente | | Costa |
| VIENTE | | COSTA |
| BENEVIDES | | COUTO |
| ADALBERTO | | CRUZ |
| Adilson | | Cursino |
| Mariana | | Cursino |
| NATHAN | | DALPRAT |
| Maria | | De L Campi |
| FELLPE | | DECKER |
| FABIO | | DELAPE |
| FRANCISCO | | DELAPE |

| First | Middle | Last |
|---|---|---|
| M | | DePaula |
| FELIPE | | DEZOTTI |
| LUIZA | | ERUN |
| Marcia | | Faria |
| Rodney | | Farias |
| EMANUEL | | FERNANDES |
| RENATA | | FRANTZ |
| VAGNER | | GAETA |
| Wagner | | Gaeta |
| FABIO | BENEDITO | GARCIA |
| ROGERIO | | GARCIA |
| LEONARD | | GIRRATANO |
| MERCEDES | | GIRRATANO |
| Carmen | | Gomes |
| SANDRA | | GONCALVES |
| Regina | Marcia | Gontijo |
| MILTON | | GOUVEIA |
| DELAPE, | | GUSTAVO |
| RODOLFO | | HERDIES |
| VERA | | HERDLES |
| Patricia | | Hitomi |
| Pedro | | Hitomi |
| JOAO | | LEITE |
| Eduardo | | Luiz |
| MALLU | | MADER |
| WOLF | | MAIA |
| BORIS | | MANTANA |
| Edi | | Marcondes |
| Marco | | Mariano |
| CARLA | | MARITA |
| ROSEANE | | MARTINS |
| ROSENE | | MARTINS |
| SEBASTIAO | | MELLO |
| Marcos | | Mendes |
| Antonio | | Miranda |
| Carlos | | Nasraui |
| Carlos | Eduardo | Nasraui |
| DR | CARLOS | NASRAUI |
| Mauricio | | Nasser |
| MONICA | | NOGUEIRA |
| VAGNER | | NOVAES |
| Armelin | | Nunes |
| Armelindo | | Nunes |
| VALERIA | | NUNES |
| M | A | OBrien |
| RITA DE CASSIA | | ORTEGA |
| CELSO | | PAQUITO |
| RICARDO | | PERALE |
| Ricardo | | Perali |
| INOCENCIO | | PEREIRA |

| First | Middle | Last |
|---|---|---|
| LEILA | | PEREIRA |
| LUIZ | | PEREIRA |
| NILTON | INACIO | PEREIRA |
| SIRIEI | | PEREIRA |
| William | | Peres |
| Wilson | | Peres |
| GERALDO | | PIMENTEL |
| SILVIO | | PIMENTEL |
| | | POTIGUAR |
| MARIANA | | PRADO |
| LUCIANO | | RANGEL |
| JAIR | | REMOLA |
| Mara | | Requena |
| Natalia | | Requena |
| NATALIE | | REQUENA |
| RODMARA | | REQUENA |
| ANDERSON | | ROCHEDO |
| CAMILA | | ROCHEDO |
| JOAQUIM | | ROVEDA |
| MARCUS | V | SADI |
| AUGUSTO | | SANTINO |
| CAROLINA | | SANTOS |
| FRANCISCO | | SANTOS |
| LUIS | | SANTOS |
| Regiane | | Santos |
| RENATO | | SANTOS |
| Ricardo | | Santos |
| Wilson | | Santos |
| RINALDO | | SILVERIO |
| ADELINO | | SIMOES |
| DECIO | | SIMOES |
| MERCEDES | | SIMONES |
| Adelino | | Simons |
| CURTIS | | SMITH |
| A | | Sobrinho |
| LOURDES | | SOUZA |
| ROBERTO | | SOUZA |
| VALDIR | | SOUZA |
| NATALIA | | TIMBERG |
| LUCAS | | TOLEDO |
| MANOEL | | TOLEDO |
| ROSELMERY | ANTONY | VALE |
| RUBENES | ANTONY | VALE |
| RUBENS | ANTONY | VALE |
| Carolina | | Valerio |
| R | | Valerio |
| Rosemeiri | | Valerio |
| Ruben | | Valerio |
| RUBENS | | VALERIO |
| RUBENS | ANTONIO | VALERIO |

# Schedule B

| | | | | | |
|---|---|---|---|---|---|
| 100 LINCOLN RD APT 1405 | | MIAMI BEACH | FL | 33139 | |
| 1348 WASHINGTON AVE # 154 | | MIAMI BEACH | FL | 331394212 | usa |
| 1348 WASHINGTON AVE APT 145 | | MIAMI BEACH | FL | 33139 | |
| 1348 Washington Avenue | | Miami Beach | | FL 33139-4212 | USA |
| 1348 Washington Avenue Suite 154 | | Miami Beach | FL | 33139-4212 | USA |
| 1835 NE Miami Beach Gardens Dr | | Nth Miami Beach | | FL 33179-5035 | USA |
| 1835 NE MIAMI GARDENS DR # 366 | N MIAMI BEACH FL 33179-5035 | Nth Miami Beach | | FL 33179-5035 | USA |
| 1835 NE Miami Gardens Dr 366 | | N MIAMI BEACH | FL | 33179 | UNITED STATES |
| 1835 NE MIAMI GARDENS DR 388 | | BROOKLYN | NY | 11234-4336 | |
| 2129 FLATBUSH AVE STE 4000 | | Sao Paulo | | 04088-002 | Brazil |
| Al Dos Jurupis 800 Ap 52A | | SAO PAULO | | 4088 | BRAZIL |
| AL DOS JURUPIS 800/52A | | Jacarei | | 12306730 | Brazil |
| Altos De Santana | Av Elmira Martins Moreira 455 | 12327-680  JACAREI S PAULO | BRAZIL | | |
| AMC CONSULTORIA | AV NICOLAU MERCADANTE #48 | JACAREI S PAULO | | 12306-730 | BRAZIL |
| AV ALMIRA MARTINS MOREIRA 455 | JARDIM ALTOS DE SANTANA | SANTA BRANCA-SP | | | BRAZIL |
| AV BENEDITO JOSE DE SOUZA,355 | CEP 12380-000 | SAO PAULO | | 12328 | BRAZIL |
| AV CLAURIDES DE SIQUEIRA 90 | JACAREI | Jacarei | SP | | Brazil |
| Av Elmira Martins Moreira | | 455 Jacarei | | 12306-730 | BRAZIL |
| AV ELMIRA MARTINS MOREIRA #455 | JD ALTOS DE SANTANNA | JACAREI-SP | | 12306-730 | BRAZIL |
| AV ELMIRA MARTINS MOREIRA 455 | ALTOS DE SANTANA | JACAREI SP | | 12306-730 | Brazil |
| Av Elmira Martins Moriera 455Altos de Santana | | Jacarei | | 12327-680 | Brazil |
| Av Nicolai Mercadante 48 | | Jacarei | | | Brazil |
| Av Nicolau Merca Dante | #48 | 48 Jacarei | | | Brazil |
| Av Nicolau Mercadante | | BRAZIL | | | |
| AV NICOLAU MERCADANTE 48 | 12327-680  JACAREI SAO PAULO | SAO PAULO | | 12327 | BRAZIL |
| AV NICOLAU MERCADANTE 48 | JACAREI | SAO PAULO | | 01409-900 | BRAZIL |
| AV PELXOTO GOMIDE | | Jacarei-SP | | 12306-730 | Brazil |
| Ave Elmira Martins Moreira 455 | | Jacarei SP | | 12306-730 | BRAZIL |
| Ave Elmira Martins Moreira 455 | Jardim Altos de Santana | SAO PAULO | | 12327 | BRAZIL |
| AVE NICOLAU MERCADANTE 48 | JACAREL | JACAREI SP | | | BRAZIL |
| AVENIDA CLAURIDES DE SIQUEIRA | #14 12328-170 | SAO PAULO | | 12308 | BRAZIL |
| CAIXA POSTAL 1323 | JACAREI | JACAREI SP 12308-990 | | | BRAZIL |
| CAIXA POSTAL 1400 | | SAO PAULO | | | BRAZIL |
| CAIXA POSTAL 172 | GUARAREMA | SAO PAULO | | 8900 | BRAZIL |
| CAIXA POSTAL 184 | CACAPAVA | SAO PAULO | | 12281 | BRAZIL |
| CAIXA POSTAL 184 | JACAREI | SAO PAULO | | 12281 | BRAZIL |

| | | | | |
|---|---|---|---|---|
| CAIXA POSTAL 207 | JOSE DOS CAMPOS | SAO PAULO | 12245 | BRAZIL |
| CAIXA POSTAL 24 | | TAUBATE - SAO PAULO | 12010970 | Brazil |
| CAIXA POSTAL 276 | 12300-970 JACAREI S PAULO | BRAZIL | | |
| CAIXA POSTAL 276 | JACAREI | SAO PAULO | 12300 | BRAZIL |
| Caixa Postal 66 | | Santa Branca | 12380 970 | Brazil |
| CAIXA POSTAL 184 | | CACAPAVA SP | 12281-970 | BRAZIL |
| Caixa Postal 24 | | Taubate | 12010-970 | BRAZIL |
| Caixa Postal 276 | | Jacarei SP | 12300-970 | BRAZIL |
| Caxia Postal 66 | | Santa Branca - SP | 12380-970 | BRAZIL |
| Caxias Postal 1323 | | Jacarei SP | 12308-990 | BRAZIL |
| CIXA POSTAL 184 | | CCAPAVA SP | 12281 970 | BRAZIL |
| GOLDEN ARROW CORP | 1348 WASHINGTON AVE UNIT 154 | MIAMI BEACH FL 33139-4212 | | |
| Jardim Altos De Sant Anna | Av Elmira Martins Moreira 455 | Jacarei | 12306730 | Brazil |
| PERIO CONSULTANT | AV ELMIRA MARTINS MOREIRA #45 | 12306-730 JACAREI S PAULO | BRAZIL | |
| Private Bag 102-904 | Nth Shore MSC | Auckland | | NEW ZEALAND |
| R DR BENEDITO ESTAVAO DOS | SANTOS 147 | SAO PAULO SP | 02136-000 | BRAZIL |
| Rod Geraldo Scanoni, Lote 72 Pedregulho | | Sao Paulo | 12311-220 | Brazil |
| ROD GERALDO SCAVONI 1000 LOTE 72 | JACANAI | SAO PAULO | 12311 | BRAZIL |
| ROD. GERALDO SCAVONI 100 L. 72 | | JACAREI SP | 12311-220 | BRAZIL |
| RODOVIA GERALDO | SCAVONI #1000 L 72 | PEDREGULH JACAREI-SP | 12311-220 | BRAZIL |
| RUA ALICE DE SOUZA CAPELLI 128 | CIDADE JARDIM | JACAREI SP | 12320-370 | BRAZIL |
| Rua Claurides De Siqueira #90 Jardim Santa Maria | | Jacarei | 12328-170 | BRAZIL |
| RUA CLAURIDES DE SIQUEIRA 14 | | JACAREL SP | 12307-270 | BRAZIL |
| RUA JOSE DE BARROS 85 | JACAREI | SAO PAULO | 12307 | BRAZIL |
| RUA NICOLAU MERCADANTE #48 | | JACAREI SP | 12327-680 | BRAZIL |
| RUA PEIXOTO GOMIDE 1519 | APTO 71 | SAO PAULO | 01409-900 | BRAZIL |
| RUA PEIXOTO GOMIDE 995 | CONJ 501 | SAO PAULO | 01409-900 | BRAZIL |
| RUA PEIXOTO GOMIDE 996 | CONJ 501 | SAO PAULO | 01409-900 | Brazil |
| Rua Peixoto Gomide 996 Rm501 | | Sao Paulo | | BRAZIL |
| Rua Peixoto Gomide 996Conj 50101409 900 | | LONDRINA PR | | BRAZIL |
| RUA SOUZA NAVES 1035 SALA 06 | CENTRO CEP 86 010 10 | Sao Paulo | | Brazil |
| Rua Urussui 71/51 | | São Paulo | 04542-050 | Brazil |
| Rua Urussui 71/51 04542-050 | | São Paulo | 04542-050 | BRAZIL |
| RUE CLAURIDES DE SIQUEIRA 14 | | JACAREL SP | 12307-270 | BRAZIL |

# 08-21696-CIV-ALTONAGA/BROWN

FILED by _IG_ D.C.
ELECTRONIC

June 13, 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

%JS 44 (Rev. 2/08)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)  **NOTICE: Attorneys MUST Indicate All Re-filed Cases**

### I. (a) PLAINTIFFS

AMERICAN ASSOCIATION FOR THE ADVANCEMENT OF
SCIENCE, AMERICAN CHEMICAL SOCIETY, et al.

**(b)** County of Residence of First Listed Plaintiff   New York, NY
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Michael Diaz, Jr., Carlos F. Gonzalez, Brant C. Hadaway - Diaz Reus &
Targ, LLP, 100 S.E. 2nd Street, Suite 2600, Miami, FL 33131 - Tel:
305-375-9220

### DEFENDANTS

PERIODICALS PUBLICACOES TECNICAS, SUBSCRIPTION
SERVICES INTERNATIONAL CORP., RUBENS A. VALERIO

County of Residence of First Listed Defendant   Sao Paulo, Brazil
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT
LAND INVOLVED.

Attorneys (If Known)

**(d)** Check County Where Action Arose: ✓ MIAMI- DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE  HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
✓ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| | | | | ☐ 6 | ☐ 6 |

*[handwritten:] Date 08-cv21696- Altonaga/Brown*

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |

### V. ORIGIN (Place an "X" in One Box Only)

✓ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).

(See instructions second page):

a) Re-filed Case ☐ YES ☐ NO    b) Related Cases ☐ YES ☐ NO

JUDGE                          DOCKET NUMBER

### VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

28 U.S.C. §1338(a), Copyright Infringement, Fraud Conversion, Civil Conspiracy, Breach of Contract, Conversion, Unfair and Deceptive Trade Practices

LENGTH OF TRIAL via _5___ days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ✓ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE  June 12, 2008

FOR OFFICE USE ONLY
AMOUNT *$350.* RECEIPT # *982202*

*[handwritten:] 06/13/08*